UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BAIS YAAKOV OF SPRING VALLEY,** on behalf of
itself and all others similarly situated,

Plaintiff,

-vs.-

**ALLOY, INC. and CHANNEL ONE, LLC,**

Defendants.

**COMPLAINT**

**12 CV ____**

**Class Action**

**Jury Demanded**

Comes now Bais Yaakov of Spring Valley, on behalf of itself and all others similarly

situated, and alleges as follows:

## INTRODUCTION

1.      Bais Yaakov of Spring Valley (hereinafter "Plaintiff") is bringing this action

against Alloy, Inc. and Channel One, LLC (hereinafter "Defendants") for violating the

Telephone Consumer Protection Act (hereinafter "the TCPA"), 47 U.S.C. § 227 (hereinafter "the

TCPA"), the regulations promulgated thereunder and N.Y. General Business Law ("GBL") §

396-aa.  Congress enacted the TCPA in 1991 to prevent the faxing of unsolicited advertisements

to persons who had not provided express invitation or permission to receive such faxes.

Congress believed that unsolicited fax advertisements improperly shift advertising costs to the

unwilling fax recipients and interfere with the use of fax machines by these recipients, who are

consumers and businesses.  In addition, regulations enacted pursuant to the TCPA prohibit the

sending of solicited fax advertisements that do not contain the proper opt-out notice.

2.      New York enacted GBL § 396-aa for similar reasons.  GBL § 396-aa also

prohibits the sending of unsolicited fax advertising and also requires that every unsolicited fax

contain an opt-out notice.

3.     Defendants have recently caused to be sent out thousands of unsolicited and solicited fax advertisements throughout the United States for goods and/or services without the proper opt-out notice required by the TCPA and the regulations promulgated thereunder. Defendants have also recently cause to be sent thousands of unsolicited fax advertisements to persons in New York state for goods and/or services without the proper opt-out notice required by GBL § 396-aa. Defendants are therefore liable to Plaintiff and the proposed Classes of similarly situated persons under the TCPA and GBL § 396-aa.

## JURISDICTION AND VENUE

4.     This Court has federal question jurisdiction over Plaintiff's and the Classes A and B's TCPA claims under 28 U.S.C. § 1331 and 47 U.S.C. § 227.

5.     This Court also supplemental jurisdiction over Plaintiff's and Class C's GBL § 396-aa claims pursuant to 28 U.S.C. § 1367(a).

6.     Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b)(1) because Defendants reside in the State of New York within the meaning of 28 U.S.C. § 1391(c).

7.     Venue is this judicial district is also proper under 28 U.S.C. §§ 1391(b)(2) because this is the judicial district in which a substantial part of the events or omissions giving rise to the claims in this case occurred.

## THE PARTIES

8.     Plaintiff is a New York religious corporation with its principal place of business at 11 Smolley Drive, Monsey, New York 10952.

9.     Upon information and belief, Defendant Alloy, Inc. is a Delaware corporation with its principal place of business located at 151 West 26th Street, 11th Floor, New York, New

York 10001, and is one of the country's largest providers of media and marketing programs

offering advertisers the ability to reach youth and non-youth targeted consumer segments

through a diverse array of assets and marketing programs, including digital, display board, direct

mail, content production and educational programming.

      10.    Upon Information and belief, Channel One, LLC is a Delaware limited liability

company with its principal place of business located at 151 West 26th Street, 11th Floor, New

York, New York 10001, and is a leading television news network for teens nationwide.

      11.    Plaintiff still has and had at all relevant times to this action telephone service at

845-356-3132 at its place of business at 11 Smolley Drive, Monsey, New York 10952.  Plaintiff

receives facsimile transmissions (hereinafter "faxes") at this number, using a telephone facsimile

machine (hereinafter "fax machine").

      12.    Upon information and belief, on or about February 16, 2011, January 12, 2011,

2011, October 11, 2010, October 5, 2010, May 13, 2010, March 1, 2010, February 16, 2010,

November 10, 2009, October 28, 2009, October 20, 2009, July 13, 2009, June 16, 2009, May 5,

2009, March 25, 2009, February 11, 2009, July 16, 2009, April 30, 2008, February 19, 2008 and

on other dates within the four years prior to the filing of the instant Complaint to the present,

Defendants, without Plaintiff's express invitation or permission, arranged for and/or caused a

telephone facsimile machine, computer, or other device to send an unsolicited fax advertisement,

advertising the commercial availability or quality of any property, goods, or services, to

Plaintiff's fax machine located at its principal place of business in Monsey, New York.  Copies

of the fax advertisements whose dates are specifically listed above (hereinafter "the fax

advertisements") are attached hereto as Exhibit A and are incorporated herein by reference.

      13.    The fax advertisements attached hereto as Exhibit A were wholly unsolicited in

that they were sent to Plaintiff by Defendants without Plaintiff's express invitation or permission.

14.     Eight (8) of the fax advertisements attached hereto as Exhibit A do not contain any purported opt-out notice whatsoever.  These fax advertisements are hereinafter referred to as the Group 1 Faxes.

15.     The purported opt-out notice on the bottom ten (10) of the fax advertisements attached hereto as Exhibit A states: "TO OPT OUT OF FUTURE OF FUTURE OFFERS, SIMPLY WRITE 'REMOVE' AND RETURN THIS PAGE BY FAX TO 770.613.0222 OR CALL ME TOLL FREE AT 1.888.467.3784.  THANK YOU!".  These fax advertisements are hereinafter referred to as the Group 2 Faxes.

16.     The Group 1 Faxes, which contain no purported opt-out notice whatsoever, violate all of the opt-out requirements of 47 U.S.C. § 227(b)(2)(D), 47 C.F.R. § 64.1200(a)(3)(iii) and GBL § 396-aa(2).

17.     The purported opt-out notice on the Group 2 Faxes does not satisfy the requirements of 47 U.S.C. § 227(b)(2)(D) because, among other things,  (A) the notice does not state that the recipient may make a request to the sender of the unsolicited advertisement not to send any future unsolicited advertisements to a telephone facsimile machine or machines; (B) the notice does not state that a person's request to opt-out of future fax advertising will only be effective if the request identifies the telephone number or numbers of the telephone facsimile machine or machines to which the request relates; (C) the notice does not state that that failure to comply, within the shortest reasonable time, as determined by the Federal Communications Commission, with such a request is unlawful; and (D) the notice does not state that such a request will only be effective if the person making the request does not, subsequent to such request, provide express invitation or permission to the sender, in writing or otherwise, to send

such advertisements to such person at his or her telephone facsimile machine.

18.     The purported opt-out notice on the Group 2 Faxes also does not meet the requirements of 47 C.F.R. § 64.1200 (a)(3)(iii) because, among other things  (A) the notice does not state that the recipient may make a request to the sender of the unsolicited advertisement not to send any future unsolicited advertisements to a telephone facsimile machine or machines; (B) the notice does not state that a person's request to opt-out of future fax advertising will only be effective if the request identifies the telephone number or numbers of the telephone facsimile machine or machines to which the request relates; (C) the notice does not state that that failure to comply, within 30 days, with such a request is unlawful; and (D) the notice does not state that such a request will only be effective if the person making the request does not, subsequent to such request, provide express invitation or permission to the sender, in writing or otherwise, to send such advertisements to such person at his or her telephone facsimile machine.

19.     The purported opt-out notice on the Group 2 Faxes does not meet the requirements of GBL 396-aa(2) because it does not inform the recipient that it is unlawful to initiate any fax advertisement  to a recipient who has previously clearly indicated to the initiator by any verbal, written or electronic means that the recipient does not want to receive fax advertisements from the initiator.

20.     Upon information and belief, Defendants either negligently or willfully and/or knowingly arranged for and/or caused the fax advertisements attached as Exhibit A and additional fax advertisements to be sent to Plaintiff's fax machine.

21.     Upon information and belief, Defendants have, from four years prior to the date of the filing of the instant Complaint through the present, either negligently or willfully and/or knowingly sent and/or arranged to be sent thousands of unsolicited fax advertisements,

advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons all over the United States, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

22.     Upon information and belief, Defendants have from three years prior to the filing of the instant Complaint either negligently or willfully and/or knowingly sent and/or arranged to be sent thousands of unsolicited fax advertisements, advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons in New York state, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

23.     Upon information and belief, Defendants have, from four years prior to the date of the filing of the instant Complaint through the present, either negligently or willfully and/or knowingly sent and/or arranged to be sent thousands of unsolicited and/or solicited fax advertisements, advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons throughout the United States, which either contained no purported opt out notice whatsoever or contained  a purported opt-out notice identical or substantially similar purported opt-out notice to that is contained on the Group 2 Faxes.

## THE FEDERAL STATUTE AND THE REGULATIONS THEREUNDER

24.     The Telephone Consumer Protection Act of 1991, Pub. L. 102-243, § 3(a), added Section 227 to Title 47 of the United States Code, 47 U.S.C. § 227.

6

25.     In pertinent part, 47 U.S.C. § 227(b) provides "[i]t shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States . . . to use any telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine[.]"

26.     In pertinent part, 47 C.F.R. § 64.1200(a), a regulation prescribed under 47 U.S.C. § 227(b) and effective as of December 20, 1992, provides that "No person may . . . [u]se a telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine."

27.     As used in both 47 U.S.C. § 227 and 47 C.F.R. § 64.1200, "[t]he term 'unsolicited advertisement' means any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission." 47 U.S.C. § 227(a)(4); 47 C.F.R. § 64.1200(f)(5).

28.     47 U.S.C. § 227(b)(1)(C)(iii) provides that it is unlawful to send an unsolicited facsimile advertisement unless, among other things, the unsolicited facsimile advertisement contains a notice meeting the requirements under 47 U.S.C. § 227(b)(2)(D).

29.     47 U.S.C. § 227(b)(2)(D) provides that:

a notice contained in an unsolicited advertisement complies with the requirements under this subparagraph only if--

(i) the notice is clear and conspicuous and on the first page of the unsolicited advertisement;

(ii) the notice states that the recipient may make a request to the sender of the unsolicited advertisement not to send any future unsolicited advertisements to a telephone facsimile machine or machines and that failure to comply, within the shortest reasonable time, as determined by the Commission, with such a request meeting the requirements under subparagraph (E) is unlawful;

(iii) the notice sets forth the requirements for a request under subparagraph (E);
(iv) the notice includes--

(I) a domestic contact telephone and facsimile machine number for the recipient to transmit such a request to the sender; and

(II) a cost-free mechanism for a recipient to transmit a request pursuant to such notice to the sender of the unsolicited advertisement; the Commission shall by rule require the sender to provide such a mechanism and may, in the discretion of the Commission and subject to such conditions as the Commission may prescribe, exempt certain classes of small business senders, but only if the Commission determines that the costs to such class are unduly burdensome given the revenues generated by such small businesses;

(v) the telephone and facsimile machine numbers and the cost-free mechanism set forth pursuant to clause (iv) permit an individual or business to make such a request at any time on any day of the week; and

(vi) the notice complies with the requirements of subsection (d) of [47 U.S.C. § 227].

30.    47 C.F.R. § 64.1200(a)(3) provides that no person or entity may:

Use a telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine, unless--:

*     *     *

(iii) The advertisement contains a notice that informs the recipient of the ability and means to avoid future unsolicited advertisements. A notice contained in an advertisement complies with the requirements under this paragraph only if--

(A) The notice is clear and conspicuous and on the first page of the advertisement;

(B) The notice states that the recipient may make a request to the sender of the advertisement not to send any future advertisements to a telephone facsimile machine or machines and that failure to comply, within 30 days, with such a request meeting the requirements under paragraph (a)(3)(v) of this section is unlawful;

(C) The notice sets forth the requirements for an opt-out request under paragraph (a)(3)(v) of this section;

(D) The notice includes--

(I) A domestic contact telephone number and facsimile machine number for the recipient to transmit such a request to the sender; and

(2) If neither the required telephone number nor facsimile machine number is a toll-free number, a separate cost-free mechanism including a Web site address or e-mail address, for a recipient to transmit a request pursuant to such notice to the sender of the advertisement. A local telephone number also shall constitute a cost-free mechanism so long as recipients are local and will not incur any long distance or other separate charges for calls made to such number; and

(E) The telephone and facsimile numbers and cost-free mechanism identified in the notice must permit an individual or business to make an opt-out request 24 hours a day, 7 days a week.

31.     47 C.F.R. § 64.1200(a)(3)(iv) provides that "[a] facsimile advertisement that is sent to a recipient that has provided prior express invitation or permission to the sender must include an opt-out notice that complies with the requirements in paragraph (a)(3)(iii) of this section."

32.     Paragraph (3) of 47 U.S.C. § 227(b) provides:

(3) Private right of action

A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State --

(A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

(B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

(C) both such actions

If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

(emphasis added).

33.     47 U.S.C. § 312(f)(1) provides that "[t]he term "willful", when used with reference to the commission or omission of any act, means the conscious and deliberate commission or omission of such act, irrespective of any intent to violate any provision of [the

chapter under which 47 U.S.C § 227 falls] or any rule or regulation of the Commission authorized by [the chapter under which 47 U.S.C § 227 falls] or by a treaty ratified by the United States."

## GBL § 396-aa

34.     GBL § 396-aa(1) prohibits anyone from initiating the unsolicited transmission of fax advertisements.

35.     GBL § 396-aa also makes it unlawful to initiate the sending of any fax advertisement to a recipient who has previously clearly indicated to the initiator by any verbal, written or electronic means that the recipient does not want to receive fax advertisements from the initiator.

36.     GBL § 396-aa(2) requires all unsolicited fax advertisements to contain a notice that informs the recipients of their rights, as described under GBL §§ 396-aa(1), to prevent the transmission of fax advertisements.

37.     GBL § 396-aa(3) provides for statutory damages of $100 for each violation of GBL § 396-aa or actual damages, whichever is greater.

## CLASS ALLEGATIONS

38.     Plaintiff brings this class action on behalf of itself and all others similarly situated under rules 23(a) and 23(b)(1)-23(b)(3) of the Federal Rules of Civil Procedure.

39.     Plaintiff seek to represent three classes of individuals defined as follows:

Class A:  All persons in the United States from four years prior to the date of the filing of the instant Complaint through the date of the filing of the instant Complaint to whom Defendants sent or caused to be sent an unsolicited facsimile advertisement, advertising the

commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

Class B:  All persons in the United States from four years prior to the date of the filing of the instant Complaint through the date of the filing of the instant Complaint to whom Defendants sent or caused to be sent a facsimile advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

40.     Class C:  All persons in New York state from three years prior to the date of the filing of the instant First Amended Complaint through the date of the filing of the instant Complaint to whom Defendants sent or caused to be sent an unsolicited facsimile advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

41.     Classes A, B and C are hereinafter referred to collectively as the Classes.

42.     Numerosity: The Classes are so numerous that joinder of all individual members in one action would be impracticable. The disposition of the individual claims of the respective class members through this class action will benefit both the parties and this Court.

43.     Upon information and belief there are, at a minimum, thousands of class members of Classes A, B and C.

44.     Upon information and belief, the Classes' sizes and the identities of the individual

members thereof are ascertainable through Defendants' records, including, but not limited to Defendants' fax and marketing records.

45.     Members of the Classes may be notified of the pendency of this action by techniques and forms commonly used in class actions, such as by published notice, e-mail notice, website notice, fax notice, first class mail, or combinations thereof, or by other methods suitable to this class and deemed necessary and/or appropriate by the Court.

46.     Typicality:  Plaintiff's claims are typical of the claims of the members of Class A. The claims of the Plaintiff and members of Class A are based on the same legal theories and arise from the same unlawful conduct.

47.     Plaintiff and members of Class A each received at least one fax advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes, which Defendants sent or caused to be sent to Plaintiff and the members of Class A without Plaintiff's and the members of Class A's express permission or invitation.

48.     Plaintiff's claims are typical of the claims of the members of Class B. The claims of the Plaintiff and members of Class B are based on the same legal theories and arise from the same unlawful conduct.

49.     Plaintiff and members of Class B each received at least one fax advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained  a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes, which Defendants sent or caused to be sent to Plaintiff and the members of Class B.

50.     Plaintiff and members of Class C each received at least one fax advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice to that contained on the Group 2 Faxes, which Defendants sent or caused to be sent to Plaintiff and the members of Class C.

51.     <u>Common Questions of Fact and Law</u>:  There is a well-defined community of common questions of fact and law affecting the Plaintiff and members of the Classes.

52.     The questions of fact and law common to Plaintiff and Class A predominate over questions which may affect individual members and include the following:

(a) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class A fax advertisements without Plaintiff's and members of class A's express invitation or permission, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice to that contained on the Group 2 Faxes, by facsimile, computer or other device violated 47 U.S.C. § 227(b) and/or the regulations thereunder;

(b) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class A unsolicited fax advertisements, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice to that contained on the Group 2 Faxes, by facsimile, computer or other device, was knowing or willful;

13

(c) Whether Plaintiff and the members of Class A are entitled to statutory damages, triple damages and costs for Defendants' acts and conduct; and

(d) Whether Plaintiff and members of Class A are entitled to a permanent injunction enjoining Defendants from continuing to engage in their unlawful conduct.

53.    The questions of fact and law common to Plaintiff and Class B predominate over questions which may affect individual members and include the following:

(a) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class B fax advertisements, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes, by facsimile, computer or other device violated 47 U.S.C. § 227(b);

(b) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class B fax advertisements, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes, by facsimile, computer or other device, was knowing or willful;

(c) Whether Plaintiff and the members of Class B are entitled to statutory damages, triple damages and costs for Defendants' acts and conduct; and

(d) Whether Plaintiff and members of Class B are entitled to a permanent injunction enjoining Defendants from continuing to engage in their unlawful conduct.

54.    The questions of fact and law common to Plaintiff and Class C predominate over

questions which may affect individual members and include the following:

(a) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class C fax advertisements without Plaintiff's and members of Class C's express invitation or permission, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice to that contained on the Group 2 Faxes, by facsimile, computer or other device violated GBL § 396-aa(2); and

(b) Whether Plaintiff and the members of Class C are entitled to statutory damages for Defendants' acts and conduct.

55.    <u>Adequacy of Representation</u>:  Plaintiff is an adequate representatives of the Classes because Plaintiff's interests do not conflict with the interests of the members of the Classes. Plaintiff will fairly, adequately and vigorously represent and protect the interests of the members of the Classes and has no interests antagonistic to the members of the Classes.  Plaintiff has retained counsel who is competent and experienced in litigation in the federal courts, TCPA litigation and class action litigation.

56.    <u>Superiority</u>:  A class action is superior to other available means for the fair and efficient adjudication of the claims of the Classes. While the aggregate damages which may be awarded to the members of the Classes are likely to be substantial, the damages suffered by individual members of the Classes are relatively small. As a result, the expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the Classes to individually seek redress for the wrongs done to them. Plaintiff does not know of any other litigation concerning this controversy already commenced against

15

Defendants by any member of the Classes. The likelihood of the individual members of the Classes prosecuting separate claims is remote. Individualized litigation would also present the potential for varying, inconsistent or contradictory judgments, and would increase the delay and expense to all parties and the court system resulting from multiple trials of the same factual issues. In contrast, the conduct of this matter as a class action presents fewer management difficulties, conserves the resources of the parties and the court system, and would protect the rights of each member of the Classes. Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action.

57.     Injunctive Relief:  Defendants have acted on grounds generally applicable to Plaintiff and members of the Classes, thereby making appropriate final injunctive relief with respect to Plaintiff and the Classes as a whole.

## AS AND FOR A FIRST CAUSE OF ACTION

58.     Plaintiff repeats each and every allegation contained in all of the above paragraphs and incorporates such allegations by reference.

59.     By Defendants' conduct, described above, Defendants committed thousands of violations of 47 U.S.C. § 227(b) against Plaintiff and the members of Class A to wit: the fax advertisements Defendants sent and/or caused to be sent to Plaintiff and the members of Class A were unsolicited and did not contain a notice meeting the requirements of 47 U.S.C. § 227(b)(2)(D) and/or 47 C.F.R. § 64.1200(a)(3)(iii);

60.     Accordingly, Plaintiff and the members of Class A are entitled to statutory damages under 47 U.S.C. § 227(b) in an amount greater than one million five hundred thousand dollars ($1,500,000).

61.     If it is found that Defendants willfully and/or knowingly sent and/or caused to be

sent unsolicited fax advertisements which did not contain a notice meeting the requirements of

47 U.S.C. § 227(b)(2)(D) and/or 47 C.F.R. § 64.1200(a)(3)(iii) to Plaintiff and the members of

Class A,  Plaintiff requests an increase by the Court of the damage award against Defendant,

described in the preceding paragraph, to three times the amount available under 47 U.S.C. §

227(b)(3)(B), as authorized by 47 U.S.C. § 227(b)(3) for willful or knowing violations.

## AS AND FOR A SECOND CAUSE OF ACTION

62.      Plaintiff repeats each and every allegation contained in all of the above

paragraphs and incorporates such allegations by reference.

63.      By Defendants' conduct described above, Defendants committed thousands of

violations of 47 U.S.C. § 227(b) against Plaintiff and the members of Class B to wit: the fax

advertisements Defendants sent and/or caused to be sent to Plaintiff and the members of Class B

were either unsolicited and did not contain a notice meeting the requirements of 47 C.F.R. §

64.1200(a)(3)(iii) and/or  § 227(b)(2)(D) , or were solicited and did not contain a notice meeting

the requirements of 47 C.F.R. § 64.1200(a)(3)(iii) as required by 47 C.F.R. § 64.1200(a)(3)(iv).

64.      Accordingly, Plaintiff and the members of Class B are entitled to statutory

damages under 47 U.S.C. § 227(b) in an amount greater than one million five-hundred thousand

($1,500,000).

65.      If it is found that Defendants willfully and/or knowingly sent and/or caused to be

sent fax advertisements which did not contain a notice meeting the requirements of 47 C.F.R. §

64.1200(a)(3)(iii) to Plaintiff and the members of Class B,   Plaintiff requests an increase by the

Court of the damage award against Defendant, described in the preceding paragraph, to three

times the amount available under 47 U.S.C. § 227(b)(3)(B), as authorized by 47 U.S.C. §

227(b)(3) for willful or knowing violations.

## AS AND FOR A THIRD CAUSE OF ACTION

66.     Plaintiff repeats each and every allegation contained in all of the above paragraphs and incorporates such allegations by reference.

67.     As described above, upon information and belief, Defendants committed numerous violations of 47 U.S.C. § 227(b).

68.     Accordingly, under 47 U.S.C. § 227(b)(3)(A), Plaintiff and the members of Classes A and B are entitled to an injunction against Defendants, prohibiting Defendants from committing further violations of the above-mentioned statutes and regulations.

## AS AND FOR A FOURTH CAUSE OF ACTION

69.     Plaintiff repeats each and every allegation contained in all of the above paragraphs and incorporates such allegations by reference.

70.     As described above, upon information and belief, Defendants committed thousands of violations of GBL § 396-aa.

71.     Accordingly, pursuant to GBL § 396-aa(3), Plaintiff and the members of Class C are entitled to statutory damages in an amount greater than three-hundred thousand dollars ($300,000).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of itself and the members of the Classes, prays for:

A.     An order certifying the Classes and appointing Plaintiff as the representatives of the Classes and appointing the law firm representing Plaintiff as counsel for the Classes;

B.     An award to Plaintiff and the members of Classes A and B of statutory damages, in excess of $1,500,000 for each of Classes A and B, pursuant to 47 U.S.C. § 227(b), for Defendants' violations of that statute.

C.     If it is found that Defendants willfully and/or knowingly sent and/or caused to be sent fax advertisements to classes A and/or B, an increase by the Court of the award of statutory damages pursuant to 47 U.S.C. § 227(b) prayed for by Plaintiff and the members of Classes A and/or B in the preceding paragraph, to three times that amount described in the previous paragraph, as authorized by 47 U.S.C. § 227(b)(3), for willful and/or knowing violations. Plaintiff will therefore seek an increase from an award in excess of $1,500,000 for each of classes A and B to an award in excess of $4,500,000 for each of Classes A and B against Defendant.

D.     An injunction against Defendant, prohibiting Defendants from committing further violations of the TCPA and the regulations promulgated thereunder;

E.     An award to Plaintiff and the members of Classes C of statutory damages, in excess of $300,000 for Defendants' violations of GBL § 396-aa(2).

F.     Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.


Dated: White Plains, New York
       January 23, 2012

                              Respectfully submitted,

                              BELLIN & ASSOCIATES LLC

By:   Aytan Y. Bellin, Esq.
Attorneys for Plaintiff and the Classes
85 Miles Avenue
White Plains, New York 10606
Tel:  (914) 358-5345
Fax: (212) 571-0284
E-mail: aytan.bellin@bellinlaw.com

JUDGE SEIBEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV

BAIS YAAKOV OF SPRING VALLEY, on behalf of
itself and all others similarly situated,

              Plaintiff,

    -vs.-

ALLOY, INC. and CHANNEL ONE, LLC,

              Defendants.

**COMPLAINT**

**12 CV ___**

**Class Action**

**Jury Demanded**

Comes now Bais Yaakov of Spring Valley, on behalf of itself and all others similarly situated, and alleges as follows:

## INTRODUCTION

1.    Bais Yaakov of Spring Valley (hereinafter "Plaintiff") is bringing this action against Alloy, Inc. and Channel One, LLC (hereinafter "Defendants") for violating the Telephone Consumer Protection Act (hereinafter "the TCPA"), 47 U.S.C. § 227 (hereinafter "the TCPA"), the regulations promulgated thereunder and N.Y. General Business Law ("GBL") § 396-aa.  Congress enacted the TCPA in 1991 to prevent the faxing of unsolicited advertisements to persons who had not provided express invitation or permission to receive such faxes.  Congress believed that unsolicited fax advertisements improperly shift advertising costs to the unwilling fax recipients and interfere with the use of fax machines by these recipients, who are consumers and businesses.  In addition, regulations enacted pursuant to the TCPA prohibit the sending of solicited fax advertisements that do not contain the proper opt-out notice.

2.    New York enacted GBL § 396-aa for similar reasons.  GBL § 396-aa also prohibits the sending of unsolicited fax advertising and also requires that every unsolicited fax contain an opt-out notice.

3.      Defendants have recently caused to be sent out thousands of unsolicited and solicited fax advertisements throughout the United States for goods and/or services without the proper opt-out notice required by the TCPA and the regulations promulgated thereunder. Defendants have also recently cause to be sent thousands of unsolicited fax advertisements to persons in New York state for goods and/or services without the proper opt-out notice required by GBL § 396-aa.  Defendants are therefore liable to Plaintiff and the proposed Classes of similarly situated persons under the TCPA and GBL § 396-aa.

## JURISDICTION AND VENUE

4.      This Court has federal question jurisdiction over Plaintiff's and the Classes A and B's  TCPA claims under 28 U.S.C. § 1331 and 47 U.S.C. § 227.

5.       This Court also supplemental jurisdiction over Plaintiff's and Class C's GBL § 396-aa claims pursuant to 28 U.S.C. § 1367(a).

6.      Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b)(1) because Defendants reside in the State of New York within the meaning of 28 U.S.C. § 1391(c).

7.      Venue is this judicial district is also proper under 28 U.S.C. §§ 1391(b)(2) because this is the judicial district in which a substantial part of the events or omissions giving rise to the claims in this case occurred.

## THE PARTIES

8.      Plaintiff is a New York religious corporation with its principal place of business at 11 Smolley Drive, Monsey, New York 10952.

9.      Upon information and belief, Defendant Alloy, Inc. is a Delaware corporation with its principal place of business located at 151 West 26th Street, 11th Floor, New York, New

2

York 10001, and is one of the country's largest providers of media and marketing programs

offering advertisers the ability to reach youth and non-youth targeted consumer segments

through a diverse array of assets and marketing programs, including digital, display board, direct

mail, content production and educational programming.

10.     Upon Information and belief, Channel One, LLC is a Delaware limited liability

company with its principal place of business located at 151 West 26th Street, 11th Floor, New

York, New York 10001, and is a leading television news network for teens nationwide.

11.     Plaintiff still has and had at all relevant times to this action telephone service at

845-356-3132 at its place of business at 11 Smolley Drive, Monsey, New York 10952. Plaintiff

receives facsimile transmissions (hereinafter "faxes") at this number, using a telephone facsimile

machine (hereinafter "fax machine").

12.     Upon information and belief, on or about February 16, 2011, January 12, 2011,

2011, October 11, 2010, October 5, 2010, May 13, 2010, March 1, 2010, February 16, 2010,

November 10, 2009, October 28, 2009, October 20, 2009, July 13, 2009, June 16, 2009, May 5,

2009, March 25, 2009, February 11, 2009, July 16, 2009, April 30, 2008, February 19, 2008 and

on other dates within the four years prior to the filing of the instant Complaint to the present,

Defendants, without Plaintiff's express invitation or permission, arranged for and/or caused a

telephone facsimile machine, computer, or other device to send an unsolicited fax advertisement,

advertising the commercial availability or quality of any property, goods, or services, to

Plaintiff's fax machine located at its principal place of business in Monsey, New York. Copies

of the fax advertisements whose dates are specifically listed above (hereinafter "the fax

advertisements") are attached hereto as Exhibit A and are incorporated herein by reference.

13.     The fax advertisements attached hereto as Exhibit A were wholly unsolicited in

that they were sent to Plaintiff by Defendants without Plaintiff's express invitation or permission.

14.     Eight (8) of the fax advertisements attached hereto as Exhibit A do not contain any purported opt-out notice whatsoever.  These fax advertisements are hereinafter referred to as the Group 1 Faxes.

15.     The purported opt-out notice on the bottom ten (10) of the fax advertisements attached hereto as Exhibit A states: "TO OPT OUT OF FUTURE OF FUTURE OFFERS, SIMPLY WRITE 'REMOVE' AND RETURN THIS PAGE BY FAX TO 770.613.0222 OR CALL ME TOLL FREE AT 1.888.467.3784.  THANK YOU!".  These fax advertisements are hereinafter referred to as the Group 2 Faxes.

16.     The Group 1 Faxes, which contain no purported opt-out notice whatsoever, violate all of the opt-out requirements of 47 U.S.C. § 227(b)(2)(D), 47 C.F.R. § 64.1200(a)(3)(iii) and GBL § 396-aa(2).

17.     The purported opt-out notice on the Group 2 Faxes does not satisfy the requirements of 47 U.S.C. § 227(b)(2)(D) because, among other things,  (A) the notice does not state that the recipient may make a request to the sender of the unsolicited advertisement not to send any future unsolicited advertisements to a telephone facsimile machine or machines; (B) the notice does not state that a person's request to opt-out of future fax advertising will only be effective if the request identifies the telephone number or numbers of the telephone facsimile machine or machines to which the request relates; (C) the notice does not state that that failure to comply, within the shortest reasonable time, as determined by the Federal Communications Commission, with such a request is unlawful; and (D) the notice does not state that such a request will only be effective if the person making the request does not, subsequent to such request, provide express invitation or permission to the sender, in writing or otherwise, to send

such advertisements to such person at his or her telephone facsimile machine.

18.     The purported opt-out notice on the Group 2 Faxes also does not meet the requirements of 47 C.F.R. § 64.1200 (a)(3)(iii) because, among other things  (A) the notice does not state that the recipient may make a request to the sender of the unsolicited advertisement not to send any future unsolicited advertisements to a telephone facsimile machine or machines; (B) the notice does not state that a person's request to opt-out of future fax advertising will only be effective if the request identifies the telephone number or numbers of the telephone facsimile machine or machines to which the request relates; (C) the notice does not state that that failure to comply, within 30 days, with such a request is unlawful; and (D) the notice does not state that such a request will only be effective if the person making the request does not, subsequent to such request, provide express invitation or permission to the sender, in writing or otherwise, to send such advertisements to such person at his or her telephone facsimile machine.

19.     The purported opt-out notice on the Group 2 Faxes does not meet the requirements of GBL 396-aa(2) because it does not inform the recipient that it is unlawful to initiate any fax advertisement  to a recipient who has previously clearly indicated to the initiator by any verbal, written or electronic means that the recipient does not want to receive fax advertisements from the initiator.

20.     Upon information and belief, Defendants either negligently or willfully and/or knowingly arranged for and/or caused the fax advertisements attached as Exhibit A and additional fax advertisements to be sent to Plaintiff's fax machine.

21.     Upon information and belief, Defendants have, from four years prior to the date of the filing of the instant Complaint through the present, either negligently or willfully and/or knowingly sent and/or arranged to be sent thousands of unsolicited fax advertisements,

advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons all over the United States, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

22.     Upon information and belief, Defendants have from three years prior to the filing of the instant Complaint either negligently or willfully and/or knowingly sent and/or arranged to be sent thousands of unsolicited fax advertisements, advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons in New York state, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

23.     Upon information and belief, Defendants have, from four years prior to the date of the filing of the instant Complaint through the present, either negligently or willfully and/or knowingly sent and/or arranged to be sent thousands of unsolicited and/or solicited fax advertisements, advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons throughout the United States, which either contained no purported opt out notice whatsoever or contained  a purported opt-out notice identical or substantially similar purported opt-out notice to that is contained on the Group 2 Faxes.

## THE FEDERAL STATUTE AND THE REGULATIONS THEREUNDER

24.     The Telephone Consumer Protection Act of 1991, Pub. L. 102-243, § 3(a), added Section 227 to Title 47 of the United States Code, 47 U.S.C. § 227.

25.     In pertinent part, 47 U.S.C. § 227(b) provides "[i]t shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States . . . to use any telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine[.]"

26.     In pertinent part, 47 C.F.R. § 64.1200(a), a regulation prescribed under 47 U.S.C. § 227(b) and effective as of December 20, 1992, provides that "No person may . . . [u]se a telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine."

27.     As used in both 47 U.S.C. § 227 and 47 C.F.R. § 64.1200, "[t]he term 'unsolicited advertisement' means any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission." 47 U.S.C. § 227(a)(4); 47 C.F.R. § 64.1200(f)(5).

28.     47 U.S.C. § 227(b)(1)(C)(iii) provides that it is unlawful to send an unsolicited facsimile advertisement unless, among other things, the unsolicited facsimile advertisement contains a notice meeting the requirements under 47 U.S.C. § 227(b)(2)(D).

29.     47 U.S.C. § 227(b)(2)(D) provides that:

a notice contained in an unsolicited advertisement complies with the requirements under this subparagraph only if--

(i) the notice is clear and conspicuous and on the first page of the unsolicited advertisement;

(ii) the notice states that the recipient may make a request to the sender of the unsolicited advertisement not to send any future unsolicited advertisements to a telephone facsimile machine or machines and that failure to comply, within the shortest reasonable time, as determined by the Commission, with such a request meeting the requirements under subparagraph (E) is unlawful;

(iii) the notice sets forth the requirements for a request under subparagraph (E);
(iv) the notice includes--

(I) a domestic contact telephone and facsimile machine number for the recipient to transmit such a request to the sender; and

(II) a cost-free mechanism for a recipient to transmit a request pursuant to such notice to the sender of the unsolicited advertisement; the Commission shall by rule require the sender to provide such a mechanism and may, in the discretion of the Commission and subject to such conditions as the Commission may prescribe, exempt certain classes of small business senders, but only if the Commission determines that the costs to such class are unduly burdensome given the revenues generated by such small businesses;

(v) the telephone and facsimile machine numbers and the cost-free mechanism set forth pursuant to clause (iv) permit an individual or business to make such a request at any time on any day of the week; and

(vi) the notice complies with the requirements of subsection (d) of [47 U.S.C. § 227].

30.     47 C.F.R. § 64.1200(a)(3) provides that no person or entity may:

Use a telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine, unless--:

\*     \*     \*

(iii) The advertisement contains a notice that informs the recipient of the ability and means to avoid future unsolicited advertisements. A notice contained in an advertisement complies with the requirements under this paragraph only if--

(A) The notice is clear and conspicuous and on the first page of the advertisement;

(B) The notice states that the recipient may make a request to the sender of the advertisement not to send any future advertisements to a telephone facsimile machine or machines and that failure to comply, within 30 days, with such a request meeting the requirements under paragraph (a)(3)(v) of this section is unlawful;

(C) The notice sets forth the requirements for an opt-out request under paragraph (a)(3)(v) of this section;

(D) The notice includes--

(1) A domestic contact telephone number and facsimile machine number for the recipient to transmit such a request to the sender; and

(2) If neither the required telephone number nor facsimile machine number is a toll-free number, a separate cost-free mechanism including a Web site address or e-mail address, for a recipient to transmit a request pursuant to such notice to the sender of the advertisement. A local telephone number also shall constitute a cost-free mechanism so long as recipients are local and will not incur any long distance or other separate charges for calls made to such number; and

(E) The telephone and facsimile numbers and cost-free mechanism identified in the notice must permit an individual or business to make an opt-out request 24 hours a day, 7 days a week.

31.     47 C.F.R. § 64.1200(a)(3)(iv) provides that "[a] facsimile advertisement that is sent to a recipient that has provided prior express invitation or permission to the sender must include an opt-out notice that complies with the requirements in paragraph (a)(3)(iii) of this section."

32.     Paragraph (3) of 47 U.S.C. § 227(b) provides:

(3) Private right of action

    A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State --

    (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

    (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

        (C) both such actions

If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

(emphasis added).

33.     47 U.S.C. § 312(f)(1) provides that "[t]he term "willful", when used with reference to the commission or omission of any act, means the conscious and deliberate commission or omission of such act, irrespective of any intent to violate any provision of [the

chapter under which 47 U.S.C § 227 falls] or any rule or regulation of the Commission authorized by [the chapter under which 47 U.S.C § 227 falls] or by a treaty ratified by the United States."

## GBL § 396-aa

34.    GBL § 396-aa(1) prohibits anyone from initiating the unsolicited transmission of fax advertisements.

35.    GBL § 396-aa also makes it unlawful to initiate the sending of any fax advertisement to a recipient who has previously clearly indicated to the initiator by any verbal, written or electronic means that the recipient does not want to receive fax advertisements from the initiator.

36.    GBL § 396-aa(2) requires all unsolicited fax advertisements to contain a notice that informs the recipients of their rights, as described under GBL §§ 396-aa(1), to prevent the transmission of fax advertisements.

37.    GBL § 396-aa(3) provides for statutory damages of $100 for each violation of GBL § 396-aa or actual damages, whichever is greater.

## CLASS ALLEGATIONS

38.    Plaintiff brings this class action on behalf of itself and all others similarly situated under rules 23(a) and 23(b)(1)-23(b)(3) of the Federal Rules of Civil Procedure.

39.    Plaintiff seek to represent three classes of individuals defined as follows:

Class A:  All persons in the United States from four years prior to the date of the filing of the instant Complaint through the date of the filing of the instant Complaint to whom Defendants sent or caused to be sent an unsolicited facsimile advertisement, advertising the

10

commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

Class B: All persons in the United States from four years prior to the date of the filing of the instant Complaint through the date of the filing of the instant Complaint to whom Defendants sent or caused to be sent a facsimile advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

40.     Class C: All persons in New York state from three years prior to the date of the filing of the instant First Amended Complaint through the date of the filing of the instant Complaint to whom Defendants sent or caused to be sent an unsolicited facsimile advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes.

41.     Classes A, B and C are hereinafter referred to collectively as the Classes.

42.     Numerosity: The Classes are so numerous that joinder of all individual members in one action would be impracticable. The disposition of the individual claims of the respective class members through this class action will benefit both the parties and this Court.

43.     Upon information and belief there are, at a minimum, thousands of class members of Classes A, B and C.

44.     Upon information and belief, the Classes' sizes and the identities of the individual

members thereof are ascertainable through Defendants' records, including, but not limited to Defendants' fax and marketing records.

45.     Members of the Classes may be notified of the pendency of this action by techniques and forms commonly used in class actions, such as by published notice, e-mail notice, website notice, fax notice, first class mail, or combinations thereof, or by other methods suitable to this class and deemed necessary and/or appropriate by the Court.

46.     Typicality:  Plaintiff's claims are typical of the claims of the members of Class A. The claims of the Plaintiff and members of Class A are based on the same legal theories and arise from the same unlawful conduct.

47.     Plaintiff and members of Class A each received at least one fax advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes, which Defendants sent or caused to be sent to Plaintiff and the members of Class A without Plaintiff's and the members of Class A's express permission or invitation.

48.     Plaintiff's claims are typical of the claims of the members of Class B. The claims of the Plaintiff and members of Class B are based on the same legal theories and arise from the same unlawful conduct.

49.     Plaintiff and members of Class B each received at least one fax advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained  a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes, which Defendants sent or caused to be sent to Plaintiff and the members of Class B.

50.     Plaintiff and members of Class C each received at least one fax advertisement, advertising the commercial availability or quality of any property, goods, or services, which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice to that contained on the Group 2 Faxes, which Defendants sent or caused to be sent to Plaintiff and the members of Class C.

51.     <u>Common Questions of Fact and Law</u>:  There is a well-defined community of common questions of fact and law affecting the Plaintiff and members of the Classes.

52.     The questions of fact and law common to Plaintiff and Class A predominate over questions which may affect individual members and include the following:

(a) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class A fax advertisements without Plaintiff's and members of class A's express invitation or permission, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice to that contained on the Group 2 Faxes, by facsimile, computer or other device violated 47 U.S.C. § 227(b) and/or the regulations thereunder;

(b) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class A unsolicited fax advertisements, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice to that contained on the Group 2 Faxes, by facsimile, computer or other device, was knowing or willful;

13

(c) Whether Plaintiff and the members of Class A are entitled to statutory damages, triple damages and costs for Defendants' acts and conduct; and

(d) Whether Plaintiff and members of Class A are entitled to a permanent injunction enjoining Defendants from continuing to engage in their unlawful conduct.

53.     The questions of fact and law common to Plaintiff and Class B predominate over questions which may affect individual members and include the following:

(a) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class B fax advertisements, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes, by facsimile, computer or other device violated 47 U.S.C. § 227(b);

(b) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class B fax advertisements, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice that is contained on the Group 2 Faxes, by facsimile, computer or other device, was knowing or willful;

(c) Whether Plaintiff and the members of Class B are entitled to statutory damages, triple damages and costs for Defendants' acts and conduct; and

(d) Whether Plaintiff and members of Class B are entitled to a permanent injunction enjoining Defendants from continuing to engage in their unlawful conduct.

54.     The questions of fact and law common to Plaintiff and Class C predominate over

questions which may affect individual members and include the following:

(a) Whether Defendants' conduct of sending and/or causing to be sent to Plaintiff and the members of Class C fax advertisements without Plaintiff's and members of Class C's express invitation or permission, which advertised the commercial availability or quality of any property, goods, or services and which either contained no purported opt out notice whatsoever or contained a purported opt-out notice identical or substantially similar to the purported opt-out notice to that contained on the Group 2 Faxes, by facsimile, computer or other device violated GBL § 396-aa(2); and

(b) Whether Plaintiff and the members of Class C are entitled to statutory damages for Defendants' acts and conduct.

55.    <u>Adequacy of Representation</u>:  Plaintiff is an adequate representatives of the Classes because Plaintiff's interests do not conflict with the interests of the members of the Classes. Plaintiff will fairly, adequately and vigorously represent and protect the interests of the members of the Classes and has no interests antagonistic to the members of the Classes.  Plaintiff has retained counsel who is competent and experienced in litigation in the federal courts, TCPA litigation and class action litigation.

56.    <u>Superiority</u>:  A class action is superior to other available means for the fair and efficient adjudication of the claims of the Classes. While the aggregate damages which may be awarded to the members of the Classes are likely to be substantial, the damages suffered by individual members of the Classes are relatively small. As a result, the expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the Classes to individually seek redress for the wrongs done to them. Plaintiff does not know of any other litigation concerning this controversy already commenced against

Defendants by any member of the Classes. The likelihood of the individual members of the Classes prosecuting separate claims is remote. Individualized litigation would also present the potential for varying, inconsistent or contradictory judgments, and would increase the delay and expense to all parties and the court system resulting from multiple trials of the same factual issues. In contrast, the conduct of this matter as a class action presents fewer management difficulties, conserves the resources of the parties and the court system, and would protect the rights of each member of the Classes. Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action.

57.     Injunctive Relief: Defendants have acted on grounds generally applicable to Plaintiff and members of the Classes, thereby making appropriate final injunctive relief with respect to Plaintiff and the Classes as a whole.

## AS AND FOR A FIRST CAUSE OF ACTION

58.     Plaintiff repeats each and every allegation contained in all of the above paragraphs and incorporates such allegations by reference.

59.     By Defendants' conduct, described above, Defendants committed thousands of violations of 47 U.S.C. § 227(b) against Plaintiff and the members of Class A to wit: the fax advertisements Defendants sent and/or caused to be sent to Plaintiff and the members of Class A were unsolicited and did not contain a notice meeting the requirements of 47 U.S.C. § 227(b)(2)(D) and/or 47 C.F.R. § 64.1200(a)(3)(iii);

60.     Accordingly, Plaintiff and the members of Class A are entitled to statutory damages under 47 U.S.C. § 227(b) in an amount greater than one million five hundred thousand dollars ($1,500,000).

61.     If it is found that Defendants willfully and/or knowingly sent and/or caused to be

sent unsolicited fax advertisements which did not contain a notice meeting the requirements of

47 U.S.C. § 227(b)(2)(D) and/or 47 C.F.R. § 64.1200(a)(3)(iii) to Plaintiff and the members of

Class A, Plaintiff requests an increase by the Court of the damage award against Defendant,

described in the preceding paragraph, to three times the amount available under 47 U.S.C. §

227(b)(3)(B), as authorized by 47 U.S.C. § 227(b)(3) for willful or knowing violations.

## AS AND FOR A SECOND CAUSE OF ACTION

62.     Plaintiff repeats each and every allegation contained in all of the above

paragraphs and incorporates such allegations by reference.

63.     By Defendants' conduct described above, Defendants committed thousands of

violations of 47 U.S.C. § 227(b) against Plaintiff and the members of Class B to wit: the fax

advertisements Defendants sent and/or caused to be sent to Plaintiff and the members of Class B

were either unsolicited and did not contain a notice meeting the requirements of 47 C.F.R. §

64.1200(a)(3)(iii) and/or  § 227(b)(2)(D) , or were solicited and did not contain a notice meeting

the requirements of 47 C.F.R. § 64.1200(a)(3)(iii) as required by 47 C.F.R. § 64.1200(a)(3)(iv).

64.     Accordingly, Plaintiff and the members of Class B are entitled to statutory

damages under 47 U.S.C. § 227(b) in an amount greater than one million five-hundred thousand

($1,500,000).

65.     If it is found that Defendants willfully and/or knowingly sent and/or caused to be

sent fax advertisements which did not contain a notice meeting the requirements of 47 C.F.R. §

64.1200(a)(3)(iii) to Plaintiff and the members of Class B,   Plaintiff requests an increase by the

Court of the damage award against Defendant, described in the preceding paragraph, to three

times the amount available under 47 U.S.C. § 227(b)(3)(B), as authorized by 47 U.S.C. §

227(b)(3) for willful or knowing violations.

## AS AND FOR A THIRD CAUSE OF ACTION

66.     Plaintiff repeats each and every allegation contained in all of the above paragraphs and incorporates such allegations by reference.

67.     As described above, upon information and belief, Defendants committed numerous violations of 47 U.S.C. § 227(b).

68.     Accordingly, under 47 U.S.C. § 227(b)(3)(A), Plaintiff and the members of Classes A and B are entitled to an injunction against Defendants, prohibiting Defendants from committing further violations of the above-mentioned statutes and regulations.

## AS AND FOR A FOURTH CAUSE OF ACTION

69.     Plaintiff repeats each and every allegation contained in all of the above paragraphs and incorporates such allegations by reference.

70.     As described above, upon information and belief, Defendants committed thousands of violations of GBL § 396-aa.

71.     Accordingly, pursuant to GBL § 396-aa(3), Plaintiff and the members of Class C are entitled to statutory damages in an amount greater than three-hundred thousand dollars ($300,000).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of itself and the members of the Classes, prays for:

A.     An order certifying the Classes and appointing Plaintiff as the representatives of the Classes and appointing the law firm representing Plaintiff as counsel for the Classes;

18

B.     An award to Plaintiff and the members of Classes A and B of statutory damages, in excess of $1,500,000 for each of Classes A and B, pursuant to 47 U.S.C. § 227(b), for Defendants' violations of that statute.

C.     If it is found that Defendants willfully and/or knowingly sent and/or caused to be sent fax advertisements to classes A and/or B, an increase by the Court of the award of statutory damages pursuant to 47 U.S.C. § 227(b) prayed for by Plaintiff and the members of Classes A and/or B in the preceding paragraph, to three times that amount described in the previous paragraph, as authorized by 47 U.S.C. § 227(b)(3), for willful and/or knowing violations. Plaintiff will therefore seek an increase from an award in excess of $1,500,000 for each of classes A and B to an award in excess of $4,500,000 for each of Classes A and B against Defendant.

D.     An injunction against Defendant, prohibiting Defendants from committing further violations of the TCPA and the regulations promulgated thereunder;

E.     An award to Plaintiff and the members of Classes C of statutory damages, in excess of $300,000 for Defendants' violations of GBL § 396-aa(2).

F.     Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

Dated: White Plains, New York
          January 23, 2012

Respectfully submitted,

BELLIN & ASSOCIATES LLC

By:   Aytan Y. Bellin, Esq.
Attorneys for Plaintiff and the Classes
85 Miles Avenue
White Plains, New York 10606
Tel:  (914) 358-5345
Fax: (212) 571-0284
E-mail: aytan.bellin@bellinlaw.com

# EXHIBIT A

2/16/11 12:49          770-613-0222                            D 1/1



### Channel One Network®

## FINAL REMINDER: EXCHANGE THIS FAX FOR A *FREE GIFT*
## AT BOOTH 337 DURING THE NASSP CONVENTION IN SAN FRANCISCO

**TO:**    Mrs. Malka Paretzky (or the current principal for Bais Yaakov High School)

**FROM:**  Tom Stinar, Membership Coordinator

**DATE:**  Wednesday, February 16, 2011

**RE:**    Budget-saving services (and *free gifts* too!)

Dear Mrs. Paretzky:

This is your exclusive invitation to visit booth 337 in the Moscone Center West during this year's NASSP (National Association of Secondary School Principals) Convention in SF February 24-26, 2011.

**Why you should stop by:** Channel One is not only the #1 provider of educational video for teachers and teens, we're the *only* organization in America providing schools with *cost-free* use of a complete video system and classroom TVs. In these budget-challenged times, school and district administrators deserve all the help the rest of us can give—and Channel One is ready to help in 3 key ways:

1.  Free content: Our members gain access to a high-powered library of curriculum videos that can be added to their school's collection. Why should your teachers continue missing out on resources 250,000 other teachers receive for free?
2.  Free equipment. Channel One outfits each member school with a complete satellite video system, state-of-the-art digital video recorder, and industrial-grade classroom TVs. All equipment is furnished, installed, and maintained by Channel One *at no cost* to our schools.
3.  Free thought. Channel One News, winner of two prestigious Peabody awards, is a daily 12-minute news program tailored for student viewing in class. Teens typically do not seek out quality news and information on their own, and Channel One News can be a transformative classroom tool.

**Need more incentive?** Bring this fax to booth 337 and we'll exchange it for a gift bag filled with fun giveaways.

**See you soon in San Francisco!**

> **BONUS: Your chance to win an iPod!**
> We are holding a drawing for an iPod Nano on Saturday, February 26, so stop by booth 337 to drop your card in and you will be a contender to receive this quality gift.

ID 00768238

3100 BRECKINRIDGE BLVD. SUITE 525, DULUTH, GA 30096  •  SCHOOL SALES P: 888.467.3784  •  SCHOOL SERVICE P: 800.251.4039  •  F: 770.613.0222
CHANNELONE.COM  •  SCHOOLSALES@CHANNELONE.COM  •  CHANNELONENETWORK.COM
CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®



**Channel One Network**

---

## EXCLUSIVE INVITATION: EXCHANGE THIS FAX FOR A *FREE GIFT* AT BOOTH 337 DURING THE NASSP CONVENTION IN SAN FRANCISCO

**TO:**     Mrs. Malka Paretzky (or the current principal for Bais Yaakov High School)

**FROM:**   Tom Stinar, Membership Coordinator

**DATE:**   Friday, January 21, 2011

**RE:**     Budget-saving services (and now a *free gift* too!)

Dear Mrs. Paretzky:

**This is your personal invitation** to visit booth 337 in the Moscone Center West during this year's NASSP (National Association of Secondary School Principals) Convention in SF February 24-26, 2011.

**Why you should stop by:** Channel One is not only the #1 provider of educational video for teachers and teens, we're the *only* organization in America providing schools with *cost-free* use of a complete video system and classroom TVs. In these budget-challenged times, school and district administrators deserve all the help the rest of us can give—and Channel One is ready to help in 3 key ways:

1. <u>Free content:</u> Our members gain access to a high-powered library of curriculum videos that can be added to their school's collection. Why should your teachers continue missing out on resources 250,000 other teachers receive for free?

2. <u>Free equipment.</u> Channel One outfits each member school with a complete satellite video system, state-of-the-art digital video recorder, and industrial-grade classroom TVs. All equipment is furnished, installed, and maintained by Channel One at *no cost* to our schools.

3. <u>Free thought.</u> Channel One News, winner of two prestigious Peabody awards, is a daily 12-minute news program tailored for student viewing in class. Teens typically do not seek out quality news and information on their own, and Channel One News can be a transformative classroom tool.

**Need more incentive?** Bring this fax to booth 337 and we'll exchange it for a gift bag filled with fun giveaways.

**See you in San Francisco!**

> **BONUS: Your chance to win an iPod!**
>
> We are holding a drawing for an iPod Nano on Saturday, February 26, so stop by booth 337 to drop your card in and you will be a contender to receive this special gift.

ID 00768238

3100 BRECKINRIDGE BLVD. SUITE 825, DULUTH, GA 30096  •  SCHOOL SALES P: 888.467.3784  •  SCHOOL SERVICE P: 800.251.6839  •  F: 770.613.0222

CHANNELONE.COM  •  SCHOOLSALES@CHANNELONE.COM  •  CHANNELONENETWORK.COM

CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®

# Fax Memorandum
### (respond by 11/26/10)



## Channel One Network

**TO:** Mrs. Malka Paretzky
(Or the current decision-maker for)
Bais Yaakov High School in NY

**FROM:** Eddie Forster & Tom Stinar
Membership Coordinators
888.467.3784;
schoolsales@channelone.com

**RE:** Deadline extension (code) 00768238

**DATE:** October 21, 2010

### BY REQUEST: October 29 Deadline Extended to November 26, 2010

● **Act quickly.** As conveyed earlier this month to your administrator, Channel One is installing a complete satellite system, including video equipment and educational content, at a limited number of schools. Since we received literally hundreds of phone calls from schools requesting more time to get their signed Agreement to us, we're officially extending the deadline an additional four weeks.

● **No charge; it's free.** As always, Channel One is a cost-free service. We provide the equipment, perform the installation, transmit the content, and maintain the entire system at no charge. So if you have ever considered becoming a Channel One School, please do so quickly.

● **How does it work?** Channel One brings the world into 250,000 American classrooms and a world of resources to more than 8,000 schools. We empower students with news and information through our Peabody award-winning current events program called Channel One News. Transmitted daily via satellite, Channel One News is viewed by 6 million teens in classrooms from coast-to-coast. Ten minutes of Channel One News is devoted to informative news content tailored for teens; two minutes are sponsored segments enabling us to bring the video equipment and this amazing content to schools without charge. Further, we stock video libraries at member schools with hundreds of educational videos annually. This remarkable service is called Channel One Connection because it connects teachers to curriculum video resources to enhance text-driven lessons. And since many schools may not have the infrastructure needed to utilize video in class, we equip schools with a campus-wide satellite system, including classroom televisions. Best of all, school funds remain unaffected because Channel One's services are cost-free.

● **It's a popular service, so apply today.** If you are ready to act now, we've attached a sign up form for your convenience. Simply return it by fax to (770) 613.0222, and we'll reserve equipment and labor resources for your school upon receipt. ● **Need more info?** Call us at 888.467.3784, or visit ChannelOneHelp.com.

*SPECIAL P.S.*
*Return this page or the attached form by fax to (770) 613-0222, and we'll send you this free gift...it's a mouse pad with a built-in calculator, just for you!*



Name: _____

Organization: _____

Address: _____

Phone: _____

Fax: _____

Email: _____

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE
BY FAX TO 770.613.0222 OR CALL US TOLL FREE AT 1.888.467.3784. THANK YOU!

10/21/10 12:11          770-613-0222          D 2/2

# School Agreement

Return by fax to (770) 613.0222
Sent to Mrs. Malke Paretzky at Bais Yaakov
High School in NY



## Channel One Network®

Check School Type: ____ Public ____ Parochial ____ Private

School Name (the "School")

Provide enrollment numbers for each grade represented at this school (grade six and above only please):

6th=_____   7th=_____   8th=_____   9th=_____

Street Address

10th=_____   11th=_____   12th=_____   Total=_____

Mailing Address (if different)

Total Channel One TVs School is eligible to receive: _____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide Grades 6-12 enrollment by 23 for eligible TVs)

City/ST/Zip

School hours: _____ am to _____ pm

Telephone Number

____ Eastern ____ Central ____ Mountain ____ Pacific

Main Fax Number

Grades 6-12 classrooms at school: _____

E-mail Address if applicable

Grades 6-12 teachers at school: _____

Principal's Name

% Male Students (approximately): _____ %

Key Operator's Name (person who will operate equipment)

School sales tax exempt #: _____

School District Name

If school is under construction, expected completion date is:
___/___/___

District Superintendent Name

Installation Contact: _____

District Address

Installation Contact Phone: _____

District City/ST/Zip

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 9am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here:

District Telephone Number

Are any other district schools presently receiving Channel One? ___Yes ___No

Students will view CHANNEL ONE NEWS daily at ____:____ / __am __pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

Comments:

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement. The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

Tom Stinar, COCC Representative

School Authorization Signature

Please return to:   Channel One Network
3100 Breckinridge Blvd., Suite 529
Duluth, GA 30096
T.888.467.3784 | F.770.613.0222
TStinar@ChannelOne.com
www.ChannelOneHelp.com

Print Name/Title

Authorization Date

COCC USE: FAX102110
PID: 00768238

3100 BRECKINRIDGE BLVD., SUITE 529, DULUTH, GA 30096   •   SCHOOL SALES P: 888.467.3784   •   SCHOOL SERVICE P: 800.231.4039   •   F 770.613.0222

CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   •   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®

10/5/10 18:23                    770-613-0222                              D 1/2



**Channel One Network®**

## Oct06 – Oct29
## RSVP INVITATION

**•SPECIAL MEMBERSHIP INVITATION•**

**HERE IT IS: Your exclusive chance to join our network of 8,000 schools!**

*PLEASE DELIVER TO MRS. MALKA PARETZKY OF BAIS YAAKOV HIGH SCHOOL*
*Time-sensitive two-page fax from Thomas Stinar and Edward Forster (888.467.3784)*

Dear Mrs. Paretzky:

These are challenging times. Education budgets, closely tied to dwindling property taxes, are subject to sweeping cuts which take an extraordinary toll on school systems all across our nation. Dedicated teachers and school administrators are left to face long work days with fewer resources to help them attain important education goals.

### LIKE MISSING PIECES
### IN A COMPLICATED PUZZLE

Let us help. We're Channel One Network, and we have a proven record of delivering cost-free video technology and content solutions to USA schools.

### TAKE A LOOK AT WHAT CHANNEL ONE'S
### 8,000 MEMBER SCHOOLS RECEIVE ABSOLUTELY FREE

 **FREE EQUIPMENT.** Channel One equips every member school with a complete cable system, including a state-of-the-art digital video recorder (DVR) and industrial-grade TVs for every classroom. Equipment, installation, and follow up service are furnished cost-free.

 **FREE WORLD NEWS.** Channel One News, two-time winner of the prestigious Peabody award, is a 12 minute daily news program tailored for student viewing in class. Students don't typically look for quality news and information on their own, and Channel One News helps educators fill that void.

 **FREE CURRICULUM VIDEOS.** Channel One procures and provides high-powered curriculum video content for teacher use in class. If you were to duplicate this aspect of our service alone, it would cost your school thousands of dollars per year.

We're adding 250 new schools, and this is your special invitation to reserve equipment and labor resources on behalf of your school.

Stretch next year's budget by requesting more information about Channel One's free service today.

Ready to join? A sign up form is attached for your convenience.

**YOUR FREE GIFT: A MOUSE PAD WITH A BUILT-IN CALCUATOR!**

Simply return this page by fax to 770.613.0222, or call us toll free today at 888.467.3784.

Name _____

Organization: _____

E-mail: _____

Phone: _____ Fax: _____

Address: _____

ID:00768238

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE BY FAX TO 770.613.0222 OR CALL ME TOLL FREE AT 1.888.467.3784. THANK YOU!

10/5/10 18:23                          770-613-0222                          D 2/2


**Channel One Network**
an Alloy Media + Marketing company

## Ready to sign up?
Simply return this School Agreement form by fax to (770) 613.0222, and we'll take care of everything upon receipt!

School Name (the "School") _____

Street Address _____

Mailing Address (if different) _____

City/ST/Zip _____

Telephone Number _____

Main Fax Number _____

E-mail Address if applicable _____

Principal's Name _____

Key Operator's Name (person who will operate equipment) _____

School District Name _____

District Superintendent Name _____

District Address _____

District City/ST/Zip _____

District Telephone Number _____

Are any other district schools presently receiving Channel One service?

_____ Yes _____ No

Check School Type: _____ Public _____ Parochial _____ Private

Provide enrollment NUMBERS (e.g. 8th=400) for each grade represented at this school (grade six and above only please):

6th_____    7th_____    8th_____    9th_____
10th_____   11th_____   12th_____   Total_____

Total Channel One TVs school is eligible to receive:_____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 6-12 enrollment by 23 for eligible TVs.)

School hours: _____ am to _____ pm

_____ Eastern _____ Central _____ Mountain _____ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____%

School sales tax exempt #: _____

If school is under construction, expected completion date is:
_____/_____/_____

Installation Contact: _____

Installation Contact Phone: _____

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 8am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here:

_____
_____
_____

Students will view CHANNEL ONE NEWS daily at _____:_____ / __am __pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

_____

Comments: _____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement. The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

_____
Tom Stinar, COCC Representative

School Authorization Signature _____

Print Name/Title _____

Please return to:    Channel One Network
                     3100 Breckinridge Blvd., Suite 529
                     Duluth, GA 30096
                     T.888.467.3784 | F.770.613.0222
                     TStinar@ChannelOne.com
                     ChannelOneHelp.com

Authorization Date _____

OFFICE USE:
FX100610; 00768238



**Channel One Network®**

## May13 – Jun04
### RSVP INVITATION

**•SPECIAL MEMBERSHIP INVITATION**

HERE IT IS: Your exclusive chance to join our community of 8,000 schools!

*PLEASE DELIVER TO MRS. MALKA PARETZKY OF BAIS YAAKOV HIGH SCHOOL*
*Time-sensitive two-page fax from Tom Stinar and Edward Forster (888.467.3784)*

Dear Mrs. Paretzky:

These are challenging times. Education budgets, closely tied to dwindling property taxes, are subject to sweeping cuts which take an extraordinary toll on school systems from coast-to-coast. Dedicated teachers and school administrators are left to face long work days with fewer resources to help them achieve important education goals.

### LIKE MISSING PIECES
### IN A COMPLEX PUZZLE

Let us help. We're Channel One Network, and we have a proven record of delivering cost-free video technology and content solutions to U.S. schools.

### TAKE A LOOK AT WHAT CHANNEL ONE'S
### 8,000 MEMBER SCHOOLS RECEIVE COST-FREE

 **FREE EQUIPMENT.** Channel One equips every member school with a complete cable system, including a state-of-the-art digital video recorder and industrial-grade TVs for every classroom. Equipment, installation, and follow up service is furnished cost-free.

 **FREE WORLD NEWS.** Channel One News, winner of two prestigious Peabody awards, is a 12 minute daily news program tailored for student viewing in class. Students don't typically seek out quality news and information on their own, and Channel One News helps educators fill that gap.

 **FREE CURRICULUM VIDEOS.** Channel One procures and provides high-powered curriculum video content for teacher use in class. If you were to duplicate this aspect of our service alone, it would cost your school approximately $30,000 per year.

We're adding 250 new schools, and this is your special invitation to reserve equipment and labor resources on behalf of your school.

Stretch next year's budget by requesting more information about Channel One's free service today.

Ready to join now? A sign up form is attached for your convenience.

**YOUR FREE GIFT: A MOUSE PAD WITH A BUILT-IN CALCUATOR!**

Simply return this page by fax to 770.613.0222, or call us toll free today at 888.467.3784.

Name _____

Organization: _____

E-mail: _____

Phone: _____ Fax: _____

Address: _____

ID:00768238 (845)356-3132

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE BY FAX TO 770.613.0222 OR CALL ME TOLL FREE AT 1.888.467.3784. THANK YOU!

5/13/10 10:45          770-613-0222                                    □ 2/2

# ①Channel One Network®
on Alloy Media + Marketing® company

## Ready to sign up?
Simply return this School Agreement form by fax to (770) 613.0222, and we'll take care of everything upon receipt!

School Name (the "School") _____

Street Address _____

Mailing Address (if different) _____

City/ST/Zip _____

Telephone Number _____

Main Fax Number _____

E-mail Address if applicable _____

Principal's Name _____

Key Operator's Name (person who will operate equipment) _____

School District Name _____

District Superintendent Name _____

District Address _____

District City/ST/Zip _____

District Telephone Number _____

Are any other district schools presently receiving Channel One service?

_____Yes _____No

Check School Type: _____ Public _____ Parochial _____ Private

Provide enrollment NUMBERS (e.g. 9th=400) for each grade represented at this school (grade six and above only please):

6th=_____     7th=_____     8th=_____     9th=_____
10th=_____    11th=_____    12th=_____    Total=_____

Total Channel One TVs school is eligible to receive:_____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 6-12 enrollment by 23 for eligible TVs)

School hours: _____ am to _____ pm

___ Eastern ___ Central ___ Mountain ___ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____%

School sales tax exempt #: _____

If school is under construction, expected completion date is:
___/___/___

Installation Contact: _____

Installation Contact Phone: _____

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 6am to 6pm on non-attendance days (which include weekend and holidays) unless otherwise stated here:

_____
_____
_____

Students will view CHANNEL ONE NEWS daily at ____:____ / __am __pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

_____

Comments:

_____
_____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement.The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

_Tom Stinar_ _____

Tom Stinar, COCC Representative

School Authorization Signature _____

Please return to:   Channel One Network
                    3100 Breckinridge Blvd., Suite 529
                    Duluth, GA 30096
                    T.888.467.3784 | F.770.613.0222
                    TStinar@ChannelOne.com
                    ChannelOneHelp.com

Print Name/Title _____

Authorization Date _____

OFFICE USE:
FX051310; 00766236

3/1/10 11:29          770-613-0222                                    D 1/1



**Channel One Network®**

---

## EXCLUSIVE INVITATION: EXCHANGE THIS FAX FOR A *FREE GIFT* AT BOOTH 721 DURING THE NASSP CONVENTION IN PHOENIX

**TO:**    Mrs. Malka Paretzky (or the current principal for Bais Yaakov High School)

**FROM:**  Tom Stinar, Membership Coordinator

**DATE:**  Monday, March 1, 2010

**RE:**    Budget-saving services (and now a *free gift* too!)

Dear Mrs. Paretzky:

**This is your personal invitation** to visit booth 721 in the Exhibit Hall during this year's NASSP (National Association of Secondary School Principals) Convention in Phoenix <u>March 12-14, 2010</u>.

**Why you should stop by:** Channel One is not only the #1 provider of educational video for teachers and teens, we're the *only* organization in America providing schools with *cost-free* use of a complete video system and classroom TVs. In these budget-challenged times, school and district administrators deserve all the help the rest of us can give—and Channel One is ready to help in 3 key ways:

1. <u>Free content:</u> Our members gain access to a high-powered library of curriculum videos that can be added to their school's collection. Why should your teachers continue missing out on resources 250,000 other teachers receive for free?
2. <u>Free equipment.</u> Channel One outfits each member school with a complete satellite video system, state-of-the-art digital video recorder, and industrial-grade classroom TVs. All equipment is furnished, installed, and maintained by Channel One at *no cost* to our schools.
3. <u>Free thought.</u> Channel One News, winner of two prestigious Peabody awards, is a daily 12-minute news program tailored for student viewing in class. Teens typically do not seek out quality news and information on their own, and Channel One News can be a transformative classroom tool.

**Need more incentive?** Bring this fax to the booth and we'll exchange it for a gift bag filled with fun giveaways.

**Still not enough?** We're holding a drawing for an <u>iPod on Saturday, March 13</u>, so stop by to drop your card in and you'll be a contender to receive this great gift.

See you in Phoenix!

*Tom Stinar*

> **BONUS: TeenSource® and GymBoards®**
> An authorized representative from TeenSource® and GymBoards® will join us in booth 721, so don't miss this opportunity to find out how in-school media boards can help you communicate major school news events to your entire student body.

Fax (845) 358-3132; ID 00768238

8100 BRECKINRIDGE BLVD.  SUITE 529, DULUTH, GA 30096   •   SCHOOL SALES P. 888.667.3784   •   SCHOOL SERVICE P. 800.251.4039   •   F: 770.613.0222
CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   •   CHANNELONENETWORK.COM
CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®

## BY INVITATION ONLY
(please respond by 3/12/10)

# FAX



## Channel One Network®

**TO:** Mrs. Malka Paretzky
(Or the current decision-maker for
Bais Yaakov High School in NY)

**FROM:** Eddie Forster & Tom Stinar
Membership Coordinators
888.467.3784; schoolsales@channelone.com

**DATE:** February 16, 2010

**RE: SPRING INSTALLATION RESERVATION**

> ## DON'T DELAY:
> ## MAKE A POSITIVE CHANGE
> ## AT OUR EXPENSE

Dear Mrs. Paretzky:

**The simple truth.** Discover what educators at 8,000 other schools already know, <u>100 of which are in your home state of NY</u>. Channel One Network is the only organization in the U.S. that offers schools FREE educational video content and equipment.

**Demand is high.** With massive budget cutbacks severely hampering schools nationwide, never before have our cost-free services been needed more. Therefore, you must act decisively to guarantee your spot on our spring installation queue.

**100 additional schools.** Channel One will be adding 100 new schools to our network this spring and that includes a limited number of schools in your area.

**Pay nothing.** If you plan to invest school funding to buy media equipment or educational videos, why not stretch your budget by signing up for Channel One's *cost-free* services?

## WORLD-CLASS FREE RESOURCES

**FREE EQUIPMENT.** Channel One equips schools with a complete satellite distribution system including a state-of-the-art Digital Video Recorder and industrial-grade color TV's.

**FREE WORLD NEWS.** Two-time Peabody award-winning Channel One News is a twelve minute news program specifically tailored for daily classroom viewing.

**FREE TEACHING VIDEOS.** Channel One's over 8000 member schools add hundreds of new curriculum videos to their libraries each year.

**FREE TECHNICAL SUPPORT.** All Channel One equipment is furnished, installed and professionally maintained at no charge to member schools.

**DON'T WAIT.** Our spring installation schedule fills up fast.

*WANT MORE INFO?*
*Return this page or the attached form via fax to (770) 613-0222, and we'll send you a handsome desk set...it's a clock, calculator, and pen holder all-in-one...just for you!*



Name: _____

Organization: _____

Address: _____

Phone: _____

Fax: _____

Email: _____

code 00768238

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE
BY FAX TO 770.613.0222 OR CALL US TOLL FREE AT 1.888.467.3784. THANK YOU!

Mrs. Malka Paretzky
Bais Yaakov High School
February 16, 2010 -- Page 2



# Channel One Network*

---

## 4 FACTS YOU NEED TO KNOW
---

**FACT #1: CHANNEL ONE IS FREE.** Channel One News is a two-time winner of the prestigious Peabody Award for journalism excellence. The daily news show for teenagers and pre-teens includes two minutes of corporate sponsorships enabling us to bring high-quality programs to your school. We are a network that reaches 6 million teenagers in 250,000 classrooms from coast-to-coast.

**FACT #2: EVERYONE WINS WITH CHANNEL ONE.**
Teachers win by gaining access to a world-class educational video library.
Schools win because precious financial resources can be directed elsewhere since our service is free.
Students win because teens do not typically seek quality news and information on their own.

**FACT #3: CHANNEL ONE GOES BEYOND THE NEWS**
- Channel One Connection is a free content service offering participating schools hundreds of hours of learning rich curriculum videos for teacher use in class.
- Channel One Satellite System includes everything your school needs to watch video programs in the classroom. Equipment, installation and maintenance are provided cost free.
- ChannelOne.com is a safe web site for students and trusted web site for teachers offering lesson plans, Channel One Connections calendars and links to useful educational resources.

**FACT #4: IT'S A POPULAR SERVICE, SO YOU NEED TO ACT QUICKLY.** This notice is by invitation only and was sent to a select number of educators. If you are ready to take advantage of this unique offer, please fill out the attached SIGN UP form. Simply fax it back to us at 770.613.0222, and we will reserve your spot on our spring installation schedule. If you need more information please visit us on the web at www.ChannelOneHelp.com, or call us toll free at 888.467.3784.

---

## DON'T TAKE OUR WORD FOR IT.
## READ RAVE REVIEWS FROM NEARBY EDUCATORS.
---

"Because Channel One is shown during homeroom, students see world events, news and lighter topics on their level. History-making news, such as our last election, pique their curiosity and encourages discussion." --*High School Media Specialist in Cleveland, OH on behalf of a Channel One member school since September, 1992*

"Like most schools, money is tight here. It is wonderful to have the quality services you provide for no cost and we certainly take advantage of it!" --*Librarian in Massillon, OH on behalf of a Channel One school since September, 1992*

"The quality, content and appropriateness of Channel One News is above reproach. Any student watching gains insight into current happenings in the news, as well as stories that help them make important life decisions." --*Junior High School Media Specialist in Franklin, OH on behalf of a Channel One member school since September, 1992*

"The Channel One Connection educational programs provide a great resource for the teachers. The faculty looks forward to having these programs. Our English, Social Studies and Science departments make especially great use of these." --*Technology Coordinator in Cleveland Heights, OH on behalf of a Channel One member school since September, 1992*

"I feel that Channel One News is wonderful because it brings relevant and interesting news stories to our students in a timely manner. Also, certain of our teachers regularly request the taping of Channel One Connection programs applicable to their course of study." --*High School Librarian in Leavittsburg, OH on behalf of a Channel One school since January, 1991*

2/16/10 20:25                    770-613-0222                                   D 3/3

① **Channel One Network**™

# School Agreement
Return by fax to (770) 613.0222
Sent to Ms. Sally Smith
at Lab School Of Washington in DC

Check School Type: ____ Public ____ Parochial ____ Private

Provide enrollment numbers for each grade represented at this school (grade six and above only please):
6th =_____      7th =_____      8th =_____      9th =_____
10th =_____     11th =_____     12th =_____     Total =_____

Total Channel One TVs school is eligible to receive: _____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 9-12 enrollment by 23 for eligible TVs)

School hours:          _____ am to _____ pm

                     ___ Eastern ___ Central ___ Mountain ___ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____%

School sales tax exempt #: _____

If school is under construction, expected completion date is
___/___/___

Installation Contact:

Installation Contact Phone:

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 8am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here:

---

School Name (the "School")

Street Address

Mailing Address (if different)

City/ST/Zip

Telephone Number

Main Fax Number

E-mail Address if applicable

Principal's Name

Key Operator's Name (person who will operate equipment)

School District Name

District Superintendent Name

District Address

District City/ST/Zip

District Telephone Number

Are any other district schools presently receiving Channel One service?
_____Yes _____No

Students will view CHANNEL ONE NEWS daily at ____:____ / __am __pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

Comments:

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement. The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

Eddie Forster, COCC Representative

Please return to:    Channel One Network
                     3100 Breckinridge Blvd , Suite 529
                     Duluth, GA 30096
                     T.888.467.3784 |  F.770.613.0222
                     Eforster@ChannelOne.com
                     ChannelOneHelp.com

School Authorization Signature

Print Name/Title

Authorization Date

**COCC USE:** FAX021610
PID: 02214178

# Fax Memorandum
### (please respond by 12/7/09)



## Channel One Network*

---

**TO:** Mrs. Malka Paretzky
(Or the current decision-maker for
Bais Yaakov High School in NY)

**FROM:** **Eddie Forster & Tom Stinar**
Membership Coordinators
888.467.3784;
schoolsales@channelone.com

**RE:** Deadline extension (code 00768238)      **DATE:** **November 10, 2009**

---

### *BY REQUEST: November 2 Deadline Extended To December 7, 2009*

● *Act quickly.* As conveyed earlier, Channel One is installing a complete satellite system, including video equipment and educational content, at a limited number of schools. Since we received literally hundreds of phone calls from schools requesting more time to get their signed Agreement to us, we're officially extending the deadline an additional four weeks.

● *No charge; it's free.* As always, Channel One is a cost-free service. We provide the equipment, perform the installation, transmit the content, and maintain the entire system at no charge. So if you have ever considered becoming a Channel One School, please do so soon.

● *How does it work?* Channel One brings the world into 250,000 American classrooms and a world of resources to more than 8,000 schools. We empower students with news and information through our Peabody award-winning current events program called Channel One News. Transmitted daily via satellite, Channel One News is viewed by 6 million teens in classrooms from coast-to-coast. Ten minutes of Channel One News is devoted to informative news content tailored for teens; two minutes are sponsored segments enabling us to bring the video equipment and this amazing content to schools without charge. Further, we stock video libraries at member schools with hundreds of educational videos annually. This remarkable service is called Channel One Connection because it connects teachers to curriculum video resources to add texture and color to text-driven lessons. And since many schools may not have the infrastructure needed to utilize video in class, we equip schools with a campus-wide satellite system, including classroom televisions. Best of all, school funds remain unaffected because Channel One's services are cost-free.

*SPECIAL P.S.*
*Return this page or the attached form by fax to (770) 613-0222, and we'll send you a cool desk set...it's a clock, calculator, and pen holder all-in-one...just for you!*



Name:_____

Organization:_____

Address:_____

Phone: _____

Fax: _____

Email:_____

● *It's a popular service, so apply today.* If you are ready to act now, we've attached a sign up form for your convenience. Simply return it by fax to (770) 613.0222, and we'll reserve equipment and labor resources for your school upon receipt. ● *Need more info?* Call us at 888.467.3784, or visit ChannelOneHelp.com.

*code 00768238*

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE BY FAX TO 770.613.0222 OR CALL US TOLL FREE AT 1.888.467.3784. THANK YOU!

11/10/09 17:07          770-613-0222                              D 2/2

# School Agreement

Return by fax to (770) 613.0222
Sent to Mrs. Malka Paretzky at Bais Yaakov
High School in NY)



## Channel One Network®

Check School Type: ____ Public ____ Parochial ____ Private

Provide enrollment numbers for each grade represented at this school (grade
six and above only please):
6th=_____   7th=_____   8th=_____   9th=_____
10th=_____  11th=_____  12th=_____  Total=_____

Total Channel One TVs School is eligible to receive: _____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide
Grades 9-12 enrollment by 23 for eligible TVs)

School Name (the "School") _____

Street Address _____

Mailing Address (if different) _____

City/ST/Zip _____

Telephone Number _____

Main Fax Number _____

E-mail Address if applicable _____

Principal's Name _____

Key Operator's Name (person who will operate equipment) _____

School District Name _____

District Superintendent Name _____

District Address _____

District City/ST/Zip _____

District Telephone Number _____

School hours: _____ am to _____ pm

____ Eastern ____ Central ____ Mountain ____ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____%

School sales tax exempt #: _____

If school is under construction, expected completion date is.
____/____/____

Installation Contact: _____

Installation Contact Phone: _____

This school is to be made accessible for installation between the hours of
3pm and midnight on attendance days and 8am to 5pm on non-attendance
days (which include weekend and holidays) unless otherwise stated here

_____

_____

Are any other district schools presently receiving Channel One service?

____ Yes _____No

Students will view CHANNEL ONE NEWS daily at _____ / ___am ___pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be
shown in a single showing or at the same time every day, please describe viewing schedule in detail.

_____

_____

Comments.

_____

_____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement. The School will participate in the
Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing.
TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

Eddie Forster, COCC Representative                    School Authorization Signature

Please return to:   Channel One Network               Print Name/Title
                    3100 Breckinridge Blvd., Suite 529
                    Duluth, GA 30096                  Authorization Date
                    T.888.467.3784 | F.770.613.0222
                    EForster@ChannelOne.com           COCC USE: FAX102009
                    www.ChannelOneHelp.com            PID: 00768238

10/28/09 14:27          770-613-0222                                    P. 1/1

Fax (845) 356-3132; ID 00768238



# Channel One Network®

## START YOUR ENGINES: THE RACE IS ON TO THE AASL CONVENTION IN CHARLOTTE. MAKE A PIT STOP AT BOOTH 649, AND WE'LL SWAP THIS FAX FOR A FREE GIFT!

**TO:**   Mrs. Malka Paretzky (or the current librarian for «Org»)

**FROM:** Eddie Forster and Tom Stinar, Membership Coordinators

**DATE:** Tuesday, October 28, 2009

**RE:**   Budget-stretching *cost-free* services (and now a free gift *just for you*!)

Dear Mrs. Paretzky:

**This is your personal invitation** to visit booth 649 in the Exhibit Hall during this year's AASL (American Association of School Librarians) Convention in Charlotte November 5-8, 2009.

**Why you should stop by:** Channel One is not only the #1 provider of educational video for teachers and teens, we're the *only* organization in America providing schools with *cost-free* use of a complete video system and classroom TVs. In these budget-challenged times, school administrators and librarians deserve all the help the rest of us can give—and Channel One is ready to help in 3 key ways:

1. Free content: Our members gain access to a high-powered library of curriculum videos that can be added to their school's collection. Why should your teachers continue missing out on resources 250,000 other teachers receive for free?
2. Free equipment. Channel One outfits each member school with a complete satellite video system, state-of-the-art digital video recorder, and industrial-grade classroom TVs. All equipment is furnished, installed, and maintained by Channel One at *no cost* to our schools.
3. Free thought. Channel One News, winner of two prestigious Peabody awards, is a daily 12-minute news program tailored for student viewing in class. Teens typically do not seek out quality news and information on their own, and Channel One News can be a transformative classroom tool.

**Need more incentive?** Bring this fax to booth 649, and we'll exchange it for a gift bag filled with fun giveaways.

**Still not enough?** We're holding a drawing for an iPod on Saturday, November 6, so stop by to drop your card in and you'll be a contender to receive this great gift.

**Complete this section to receive gift bag:**

Your name: _____

School: _____

City, ST: _____

Phone: _____

Email: _____



**NOT A MEMBER OF AASL? JOIN TODAY AT AASL.ORG** As a school library media specialist, you're doing more than ever before, and AASL can help support the important role you play in student achievement. AASL advocates excellence, and develops leaders in the school library media field. Think of your professional and personal growth, and become an AASL member today by visiting www.AASL.org today!

## *See you in Charlotte!*

2100 BRECKINRIDGE BLVD.  SUITE 329, DULUTH, GA 30096   •   SCHOOL SALES P: 888.467.5784   •   SCHOOL SERVICE P: 800.251.4039   •   F: 770.613.0222
CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   -   CHANNELONENETWORK.COM
CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®

**BY INVITATION ONLY**
(please respond by 11/2/09)



**Channel One Network**

TO:  **Mrs. Malka Paretzky**
(Or the current decision-maker for
Bais Yaakov High School in NY)

FROM:  **Eddie Forster & Tom Stinar**
Membership Coordinators
888.467.3784; schoolsales@channelone.com

RE:  **World-Class FREE Resources**

DATE:  **October 20, 2009**

| THE PROBLEM: | THE FIX: |
|---|---|
| Today's teachers are expected to do more with less | Budget-stretching FREE services for your school |

Dear Mrs. Paretzky:

**We feel your pain.** The current state of the economy has had a dramatic trickle-down effect on educators like you. Never before have you been expected to ensure your students reach their full potential with so few resources.

**We can help ease the pressure.** Let Channel One Network increase your productivity and improve your school's bottom line. Channel One News is America's number one provider of educational video content and cost-free technology solutions for secondary schools.

**Get a wealth of high-quality resources on us.** Your dedicated teachers and students deserve it! Just say "Yes!" and we will reserve the necessary labor resources and video equipment for your school.

**If you plan to invest school funding** to buy media equipment or educational videos, why not stretch your budget by signing up for Channel One's *cost-free* services?

### EVERY PENNY COUNTS

**FREE EQUIPMENT.** Channel One equips schools with a complete satellite distribution system including a state-of-the-art Digital Video Recorder and industrial-grade color TV's.

**FREE WORLD NEWS.** Two-time Peabody award-winning Channel One News is a twelve minute news program specifically tailored for daily classroom viewing.

**FREE TEACHING VIDEOS.** Channel One's 8000 strong membership base adds hundreds of new curriculum videos to their libraries each and every year.

**FREE TECHNICAL SUPPORT.** All Channel One equipment is furnished, installed and professionally maintained at no charge to member schools.

*WANT MORE INFO?*
*Return this page or the attached form via fax to (77 613-0222, and we'll send y a handsome desk set...it's clock, calculator, and pen holder all-in-one...just for you!*



Name: _____

Organization: _____

Address: _____

Phone: _____

Fax: _____

Email: _____

*code 00768238*

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE BY FAX TO 770.613.0222 OR CALL US TOLL FREE AT 1.888.467.3784. THANK YOU!

**Mrs. Malka Paretzky**
Bais Yaakov High School
October 20, 2009 – Page 2



## Channel One Network*

## JUST THE FACTS...

### FACT: CHANNEL ONE IS #1 AND IS ALWAYS FREE

Channel One News is a two-time winner of the prestigious Peabody Award for journalism excellence. The daily news show for teenagers and pre-teens includes two minutes of corporate sponsorships enabling us to bring high-quality programs to your school free of charge. We are a network currently reaching 6 million teenagers in 250,000 classrooms from coast-to-coast.

### FACT: EVERYONE WINS WITH CHANNEL ONE

**TEACHERS WIN** with a comprehensive educational video library, delivered monthly and refreshed with new content annually.

**SCHOOLS WIN** because precious financial resources can be directed elsewhere since Channel One is and always has been a free service.

**STUDENTS WIN** because teens do not typically watch network newscasts and Channel One empowers them with a meaningful dose of the events shaping our world.

### FACT: CHANNEL ONE GOES BEYOND THE NEWS

- Channel One Connection is a free service offering participating schools hundreds of hours of quality-rich curriculum videos.
- Channel One Satellite System includes everything your school needs to watch video programs in the classroom. Equipment, installation and maintenance are provided cost free.
- ChannelOne.com is a safe web site for students and trusted web site for teachers offering lesson plans, Channel One Connections calendars and links to useful educational resources.

### IT'S A POPULAR SERVICE, SO ACT QUICKLY

This notice is by invitation only and was sent to a select group of educators in NY.
If you are ready to take advantage of this unique offer, please fill out the attached SIGN UP form.
Simply fax it back to us at 770.613.0222, and we will reserve your spot on our installation schedule.
If you need more information please visit us on the web at www.ChannelOneHelp.com, or call us toll free at 888.467.3784.

### CALL, CLICK OR FAX TODAY!

## GET THE WORLD. PAY NOTHING

10/20/09 13:22                                    770-613-0222                                    ₧ 3/3

# School Agreement

Return by fax to (770) 613.0222
Sent to Mrs. Malka Paretzky
at Bais Yaakov High School in NY



## Channel One Network®

Check School Type: ____ Public ____ Parochial ____ Private

Provide enrollment numbers for each grade represented at this school (grade six and above only please)*
6th=_____   7th=_____   8th=_____   9th=_____
10th=_____   11th=_____   12th=_____   Total=_____

Total Channel One TVs school is eligible to receive:_____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 6-12 enrollment by 23 for eligible TVs)

School hours:   __ ____ am to _____ pm

____ Eastern ___ Central ___ Mountain ___ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____%

School sales tax exempt #: _____

If school is under construction, expected completion date is
___/___/___

Installation Contact: _____

Installation Contact Phone: _____

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 8am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here:

_____
_____
_____

School Name (the "School")
_____

Street Address
_____

Mailing Address (if different)
_____

City/ST/Zip
_____

Telephone Number
_____

Main Fax Number
_____

E-mail Address if applicable
_____

Principal's Name
_____

Key Operator's Name (person who will operate equipment)
_____

School District Name
_____

District Superintendent Name
_____

District Address
_____

District City/ST/Zip
_____

District Telephone Number
_____

Are any other district schools presently receiving Channel One service?
_____ Yes _____ No

Students will view CHANNEL ONE NEWS daily at ____:____ / __ am __ pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

_____
_____

Comments: _____
_____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOne.com or call 888.487.3784 to request by mail.

_____
Eddie Forster, COCC Representative

School Authorization Signature
_____

Please return to:   Channel One Network
                    3100 Breckinridge Blvd., Suite 529
                    Duluth, GA  30096
                    T.888.487.3784 |  F.770.613.0222
                    Eforster@ChannelOne.com
                    ChannelOneHelp.com

Print Name/Title
_____

Authorization Date
_____

**COCC USE:** FAX102009
PID: 00768238

3100 BRECKINRIDGE BLVD., SUITE 529, DULUTH, GA 30096   •   SCHOOL SALES P 888.467.3784   •   SCHOOL SERVICE P. 800.251.4039   •   F 770.613.0222

CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   •   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®

7/13/09 19:53        770-613-0222                              ☐ 1/3

**BY INVITATION ONLY**
**(please respond by 8/1/09)**



**Channel One Network°**

**TO:  Mrs. Malka Paretzky**
(Or the current decision-maker for
Bais Yaakov High School in NY)

**FROM:  Eddie Forster & Tom Stinar**
Membership Coordinators
888.467.3784; schoolsales@channelone.com

**RE:  Get the world. Pay nothing.**

**DATE:  July 13, 2009**

### *Budget-Stretching FREE Resources*

This fax may not look that impressive, but it has the power to bring the WORLD into your classrooms, and WORLD-CLASS resources to your school. In fact, it's worth literally THOUSANDS of dollars in FREE teaching resources annually.

As you hold this communication in your hand, consider the challenges confronting educators in these stressful economic times, and how much FUNDING may be at-risk these days. Now think about your students. Would they benefit from knowing more about the world around them? Do they have a MEANINGFUL understanding of the events shaping our day? Consider your school's media resources. Would your library/media professionals appreciate having CLASSROOM TVS connected to a central DIGITAL VIDEO RECORDER, and eliminating the need for clunky mobile media carts?

This fax can deliver all that, and so much more. It's redeemable for information about an amazing FREE service from CHANNEL ONE NETWORK that more than 8,000 schools from coast-to-coast benefit from everyday, most for nearly two decades now. Here's what we can bring to YOUR school...

- **FREE EQUIPMENT.** Channel One equips every member school with a complete cable system, including a state-of-the-art digital video recorder and industrial-grade classroom TVs.

- **FREE WORLD NEWS.** Channel One News, winner of two prestigious Peabody awards, is a twelve minute daily news program tailored for student viewing in class.

- **FREE CURRICULUM VIDEOS.** Channel One's 8,000 member schools have already added literally hundreds of new titles to their video libraries this year.

- **FREE SERVICE SUPPORT.** All Channel One equipment is furnished, installed, and maintained by professional service technicians cost-free.

If you plan to invest school funding to PURCHASE media equipment or educational video content, why not STRETCH your budget by signing up for Channel One's free service today?

*WANT MORE INFO?*
*Return this page or the attached form by fax to (770) 613-0222, and we'll send you a cool desk set...it's a clock, calculator, and pen holder all-in-one...just for you!*



Name: _____

Organization: _____

Address: _____

Phone: _____

Fax: _____

Email: _____

*code 00758238*

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE
BY FAX TO 770.613.0222 OR CALL ME TOLL FREE AT 1.888.467.3784.  THANK YOU!

Mrs. Malka Paretzky
Bais Yaakov High School
July 13, 2009 – Page 2



**Channel One Network**

### NO CHARGE; IT'S FREE.

As always, Channel One is a FREE service. We provide the equipment, perform the installation, transmit the content, and maintain the entire system at no charge to member schools. So if you have ever considered signing up for Channel One, I encourage you to do so TODAY.

### HOW DOES IT WORK?

Channel One brings the WORLD into 250,000 American classrooms and WORLD-CLASS resources to more than 8,000 schools.

We empower students with news and information through our Peabody award-winning current events program called CHANNEL ONE NEWS. Transmitted daily via satellite, Channel One News is viewed by 6 million teens in classrooms from coast-to-coast. Ten minutes of Channel One News is devoted to informative news content tailored for teens; two minutes are sponsored segments thereby enabling us to bring video equipment and learning-rich content to members for FREE.

Further, we stock video libraries at member schools with HUNDREDS of educational videos annually. This remarkable service is called Channel One Connection because it connects teachers to CURRICULUM video resources to add texture and color to text-driven lessons.

And since many schools may not have the infrastructure needed to utilize video in class, we equip schools with a campus-wide satellite system, including a central DIGITAL video system and classroom televisions. Best of all, school budgets are not affected because Channel One's services are always provided free of charge.

### IT'S A POPULAR SERVICE, SO ACT QUICKLY.

Our services are provided by invitation only, and this communication was sent to a select group of educators. If you are ready to take advantage of this offer, I've attached a SIGN UP form for your convenience. Simply return it by fax to (770) 613.0222, and we'll reserve the necessary equipment and labor resources for your school immediately upon receipt.

If you need more information first, simply call 888.467.3784, visit ChannelOneHelp.com, or complete the section on page one and fax it to 770.613.0222.

Call, click, or fax—all roads lead to Channel One sending you a complete information kit that explains everything about our amazing FREE service.

### MAKE A POSITIVE CHANGE AT OUR EXPENSE.
### DO IT TODAY!

1100 BRECKINRIDGE BLVD., SUITE 529, DULUTH GA 30096   ·   SCHOOL SALES P: 888.467.3784   ·   SCHOOL SERVICE P: 800 251.4039   ·   F 770.613.0222

CHANNELONE.COM   ·   SCHOOL.SALES@CHANNELONE.COM   ·   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK IS A DIVISION OF ALLOY MEDIA + MARKETING

7/13/09 19:53                 770-613-0222                            3/3

# School Agreement
Return by fax to (770) 613.0222
Sent to Mrs. Malka Paretzky
at Bais Yaakov High School in NY



## Channel One Network

Check School Type: ____ Public ____ Parochial ____ Private

Provide enrollment numbers for each grade represented at this school (grade six and above only please):

6th=_____     7th=_____     8th=_____     9th=_____
10th=_____    11th=_____    12th_____     Total=_____

Total Channel One TVs school is eligible to receive:_____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 6-12 enrollment by 23 for eligible TVs)

School Name (the "School")

Street Address

Mailing Address (if different)

City/ST/Zip

Telephone Number

Main Fax Number

E-mail Address if applicable

Principal's Name

Key Operator's Name (person who will operate equipment)

School District Name

District Superintendent Name

District Address

District City/ST/Zip

District Telephone Number

Are any other district schools presently receiving Channel One service?

_____ Yes _____ No

School hours: _____ am to _____ pm

____ Eastern ____ Central ____ Mountain ____ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____ %

School sales tax exempt #: _____

If school is under construction, expected completion date is
___/___/___

Installation Contact:

Installation Contact Phone:

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 8am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here

_____
_____
_____

Students will view CHANNEL ONE NEWS daily at ____:____ / ___am ___pm on at least 90% of school days  If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

_____
_____

Comments:

_____
_____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement. The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.487.3784 to request by mail.

Eddie Forster, COCC Representative

Please return to:   Channel One Network
                    3100 Breckinridge Blvd., Suite 529
                    Duluth, GA  30096
                    T 888.487.3784 | F.770.613.0222
                    Eforster@ChannelOne.com
                    ChannelOneHelp.com

School Authorization Signature

Print Name/Title

Authorization Date

**COCC USE:** FAX071309
PID: 00768238

3100 BRECKINRIDGE BLVD , SUITE 529, DULUTH, GA 30096   •   SCHOOL SALES P- 888.467.3784   •   SCHOOL SERVICE P: 800.251.4039   •   F 770.613.0222

CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   •   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK' IS A DIVISION OF ALLOY MEDIA + MARKETING"

5/16/09 18:51          770-613-0222                          □ 1/2

# Fax Memorandum
**(please respond by 7/1/09)**



## Channel One Network

---

**TO:** **Mrs. Malka Paretzky**
(Or the current decision-maker for
Bais Yaakov High School in NY)

**FROM:** **Eddie Forster & Tom Stinar**
Membership Coordinators
888.467.3874; schoolsales@channelone.com

**RE:** Countdown to July 1 (code 00768238)

**DATE:** June 16, 2009

---

### BY INVITATION ONLY: Budget-Stretching FREE Resources

● **12 schools.** As conveyed earlier, Channel One is installing a complete satellite system, including video equipment and educational content, at a limited number of schools this summer. Since we received literally hundreds of phone calls today requesting more time to get their signed School Agreement to us, and we only have the resources available to do 12 additional schools in July, we're sending this invitation to a select number of schools—like yours—and asking you to respond by July 1.

● **No charge; it's FREE.** As always, Channel One is a cost-free service. We provide the equipment, perform the installation, transmit the content, and maintain the entire system at no charge to member schools. So if you have ever considered signing up for Channel One, I encourage you to do so today.

● **How does it work?** Channel One brings the world into 250,000 American classrooms and a world of resources to more than 8,000 schools. We empower students with news and information through our Peabody award-winning current events program called Channel One News. Transmitted daily via satellite, Channel One News is viewed by 6 million teens in classrooms from coast-to-coast. Ten minutes of Channel One News is devoted to informative news content tailored for teens; two minutes are sponsored segments enabling us to bring the video equipment and this amazing free content to schools. Further, we stock video libraries at member schools with hundreds of educational videos annually. This remarkable service is called Channel One Connection because it connects teachers to curriculum video resources to add texture and color to text-driven lessons. And since many schools may not have the infrastructure needed to utilize video in class, we equip schools with a campus-wide satellite system, including classroom televisions. Best of all, school budgets are not affected because Channel One's services are always cost-free.

● **It's a popular service, so apply today.** If you are ready to act now, I've attached a sign up form for your convenience. Simply return it by fax to (770) 613.0222, and I'll reserve equipment and labor resources for your school upon receipt. ● *Need more info?* Call me at 888.467.3784, or visit ChannelOneHelp.com today.

*SPECIAL P.S.*
*Return this page or the attached form by fax to (770) 613-0222, and we'll send you a cool desk set...it's a clock, calculator, and pen holder all-in-one...just for you!*



Name:_____

Organization:_____

Address:_____

Phone: _____

Fax: _____

Email:_____

---

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE BY FAX TO 770.613.0222 OR CALL ME TOLL FREE AT 1 888.467.3784   THANK YOU!

5/16/09 18:51                          770-613-0222                                          D 2/2

# School Agreement

**Return by fax to (770) 613.0222**
Sent to Mrs. Malka Paretzky at Bais Yaakov
High School In NY



## Channel One Network

Check School Type: ____ Public ____ Parochial ____ Private

Provide enrollment numbers for each grade represented at this school (grade six and above only please):

6th=_____   7th=_____   8th=_____   9th=_____
10th=_____   11th=_____   12th_____   Total=_____

Total Channel One TVs school is eligible to receive:_____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 6-12 enrollment by 23 for eligible TVs)

School hours: _____ am to _____ pm

____ Eastern ___ Central ___ Mountain ___ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school. _____

% Male Students (approximately). _____%

School sales tax exempt #: _____

If school is under construction, expected completion date is.
___/___/___

Installation Contact:

Installation Contact Phone:

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 6am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here

_____
School Name (the "School")

_____
Street Address

_____
Mailing Address (if different)

_____
City/ST/Zip

_____
Telephone Number

_____
Main Fax Number

_____
E-mail Address if applicable

_____
Principal's Name

_____
Key Operator's Name (person who will operate equipment)

_____
School District Name

_____
District Superintendent Name

_____
District Address

_____
District City/ST/Zip

_____
District Telephone Number

Are any other district schools presently receiving Channel One service?

_____ Yes _____ No

Students will view CHANNEL ONE NEWS daily at ____:____ / __am __pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

_____

Comments.

_____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOne com or call 888 487 3784 to request by mail.

_____                    _____
Eddie Forster, COCC Representative           School Authorization Signature

Please return to.    Channel One Network      _____
                     3100 Breckinridge Blvd., Suite 529    Print Name/Title
                     Duluth, GA 30096
                     T 888 487 3784 | F 770.613.0222    _____
                     Eforster@ChannelOne.com            Authorization Date
                     ChannelOneHelp.com
                                              **COCC USE:** FAX061609
                                              PID.00768238

3100 BRECKINRIDGE BLVD., SUITE 529, DULUTH, GA 30096   ·   SCHOOL SALES P: 888.467.3784   ·   SCHOOL SERVICE P. 800.251.4039   ·   F 770.613.0222

CHANNELONE.COM   ·   SCHOOLSALES@CHANNELONE.COM   ·   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK IS A DIVISION OF ALLOY MEDIA + MARKETING

5/5/09 18:57                                          770-613-0222                                          🗋 1/2

# Fax Memorandum
(please respond by 6/12/09)



## Channel One Network°

**TO:** Mrs. Malka Paretzky
(Or the current decision-maker for
Bais Yaakov High School in NY)

**RE:** May/June Invitation closed: huge response
prompts expansion to 70 schools July/August

**FROM:** Eddie Forster
Membership Coordinator
888.467.3874; eforster@channelone.com

**DATE:** Wednesday - May 6, 2009

---

### BY REQUEST: space left for only 70 additional schools

● *Invitation for 60 turns into 200.* In March, Channel One issued an invitation for 60 schools to join the network this spring. Educators at 130 schools responded which prompted our decision to expand the network further by installing 200 total schools this season. So this means we currently have labor and equipment resources available for 70 schools to come on board for July/August installation.

● *No charge; it's free.* As always, Channel One is a cost-free service. We provide the equipment, perform the installation, transmit the content, and maintain the entire system at no charge to member schools. So if you have ever considered signing up for Channel One, I encourage you to do so today.

● *How does it work?* Channel One brings the world into 250,000 American classrooms and a world of resources to more than 8,000 schools. We empower students with news and information through our Peabody award-winning current events program called Channel One News. Transmitted daily via satellite, Channel One News is viewed by 6 million teens
in classrooms from coast-to-coast. Ten minutes of Channel One News is devoted to informative news content tailored for teens; two minutes are sponsored segments enabling us to bring the video equipment and this amazing content to schools without charge. Further, we stock video libraries at member schools with hundreds of educational videos annually. This remarkable service is called Channel One Connection because it connects teachers to curriculum video resources to add texture and color to text-driven lessons. And since many schools may not have the infrastructure needed to utilize video in class, we equip schools with a campus-wide satellite system, including classroom televisions. Best of all, school funds remain fully intact because Channel One's services are cost-free.

● *It's a popular service, so apply today.* If you are ready to act now, I've attached a sign up form for your convenience. Simply return it by fax to (770) 613.0222, and I'll reserve equipment and labor resources for your school upon receipt. ● *Need more info?* Call me at 888.467.3784, or visit ChannelOneHelp.com today.

*SPECIAL P.S.*
*Return this page or the attached form by fax to (770) 613-0222, and we'll send you a cool desk set...it's a clock, calculator, and pen holder all-in-one...just for you!*



Name: _____

Organization: _____

Address: _____

Phone: _____

Fax: _____

Email: _____

00768238

TO OPT OUT OF FUTURE OFFERS, SIMPLY WRITE "REMOVE" AND RETURN THIS PAGE
BY FAX TO 770.613.0222 OR CALL ME TOLL FREE AT 1.888.467.3784. THANK YOU!

5/5/09 18:57                770-613-0222                                    2/2

# School Agreement

**Return by fax to (770) 613.0222**
**Sent to Mrs. Malka Paretzky at Bais**
**Yaakov High School in Monsey, NY**



## Channel One Network

Check School Type: ___ Public ___ Parochial ___ Private

Provide enrollment numbers for each grade represented at this school (grade six and above only please):
6th=_____    7th=_____    8th=_____    9th=_____
10th=_____   11th=_____   12th=_____   Total=_____

Total Channel One TVs school is eligible to receive:_____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 6-12 enrollment by 23 for eligible TVs)

School hours: _____ am to _____ pm

___ Eastern ___ Central ___ Mountain ___ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____%

School sales tax exempt #: _____

If school is under construction, expected completion date is:
___/___/___

Installation Contact: _____

Installation Contact Phone: _____

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 8am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here.

_____
_____
_____

School Name (the "School")

Street Address

Mailing Address (if different)

City/ST/Zip

Telephone Number

Main Fax Number

E-mail Address if applicable

Principal's Name

Key Operator's Name (person who will operate equipment)

School District Name

District Superintendent Name

District Address

District City/ST/Zip

District Telephone Number

Are any other district schools presently receiving Channel One service?
_____ Yes _____ No

Students will view CHANNEL ONE NEWS daily at _____:_____ / __am __pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

_____
_____
_____

Comments:
_____
_____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement. The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

_____                        _____
Eddie Forster, COCC Representative              School Authorization Signature

Please return to:   Channel One Network          _____
                    3100 Breckinridge Blvd., Suite 529    Print Name/Title
                    Duluth, GA 30096
                    T.888.467.3784 | F.770.613.0222     _____
                    Eforster@ChannelOne.com             Authorization Date
                    ChannelOne.com
                                                 **COCC USE:** FAX050609
                                                 PID: 00768238

3100 BRECKINRIDGE BLVD , SUITE 529, DULUTH, GA 30096   •   SCHOOL SALES P: 888.467.3784   •   SCHOOL SERVICE P: 800.251.4039   •   F: 770.613.0222

CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   •   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK' IS A DIVISION OF ALLOY MEDIA + MARKETING '

3/25/09 17:00          770-613-0222                          D 2/2

# School Agreement
Return by fax to (770) 613.0222
Sent to Mrs. Malka Paretzky at Bais Yaakov
High School in Monsey, NY



## Channel One Network®

School Name (the "School")

Street Address

Mailing Address (if different)

City/ST/Zip

Telephone Number

Main Fax Number

E-mail Address if applicable

Principal's Name

Key Operator's Name (person who will operate equipment)

School District Name

District Superintendent Name

District Address

District City/ST/Zip

District Telephone Number

Are any other district schools presently receiving Channel One service?

____ Yes    ____ No

Check School Type: ____ Public ____ Parochial ____ Private

Provide enrollment numbers for each grade represented at this school (grade six and above only please):
6th=_____    7th=_____    8th=_____    9th=_____
10th=_____   11th=_____   12th=_____   Total=_____

Total Channel One TVs school is eligible to receive:_____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 6-12 enrollment by 23 for eligible TVs)

School hours:          _____ am to _____ pm

          ____ Eastern ____ Central ____ Mountain ____ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____%

School sales tax exempt #: _____

If school is under construction, expected completion date is.
____/____/____

Installation Contact: _____

Installation Contact Phone: _____

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 6am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here

Students will view CHANNEL ONE NEWS daily at ____:____ / ____ am ____ pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

Comments.

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement. The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

Eddie Forster, COCC Representative

Please return to:    Channel One Network
                     3100 Breckinridge Blvd , Suite 529
                     Duluth, GA 30096
                     T.888.467.3784 | F.770.613.0222
                     Eforster@ChannelOne.com
                     ChannelOneHelp.com

School Authorization Signature

Print Name/Title

Authorization Date

**COCC USE:** FAX032509
PID: 00788238

3100 BRECKINRIDGE BLVD , SUITE 529, DULUTH, GA 30096   •   SCHOOL SALES P; 888.467.3784   •   SCHOOL SERVICE P, 800.251.4039   •   F: 770.613.0222

CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   •   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®

2/11/09 13:02                  770-613-0222                                      1/1



## Channel One Network™

---

### EXCLUSIVE INVITATION: EXCHANGE THIS FAX FOR A *FREE GIFT* AT BOOTH 840 DURING THE NASSP CONVENTION IN SAN DIEGO

**TO:**   Mrs. Malka Paretzky (or the current principal for Bais Yaakov High School)

**FROM:**   Eddie Forster, Membership Coordinator

**DATE:**   Wednesday, February 11, 2009

**RE:**   Budget-saving services (and now a *free gift* too!)

Dear Mrs. Paretzky:

**This is your personal invitation** to visit booth 840 in the Exhibit Hall during this year's NASSP (National Association of Secondary School Principals) Convention in San Diego <u>February 27-28, 2009</u>.

**Why you should stop by:** Channel One is not only the #1 provider of educational video for teachers and teens, we're the *only* organization in America providing schools with *cost-free* use of a complete video system and classroom TVs. In these budget-challenged times, school and district administrators deserve all the help the rest of us can give—and Channel One is ready to help in 3 key ways:

1. <u>Free content:</u> Our members gain access to a high-powered library of curriculum videos that can be added to their school's collection. Why should your teachers continue missing out on resources 250,000 other teachers receive for free?
2. <u>Free equipment.</u> Channel One outfits each member school with a complete satellite video system, state-of-the-art digital video recorder, and industrial-grade classroom TVs. All equipment is furnished, installed, and maintained by Channel One at *no cost* to our schools.
3. <u>Free thought.</u> Channel One News, winner of two prestigious Peabody awards, is a daily 12-minute news program tailored for student viewing in class. Teens typically do not seek out quality news and information on their own, and Channel One News can be a transformative classroom tool.

**Need more incentive?** Bring this fax to the booth and we'll exchange it for a gift bag filled with fun giveaways.

**Still not enough?** We're holding a drawing for an <u>iPod on Saturday, February 28,</u> so stop by to drop your card in and you'll be a contender to receive this great gift.

**See you in San Diego!**

**BONUS: TeenSource® and GymBoards®**
An authorized representative from TeenSource® and GymBoards® will join us in booth 840, so don't miss this opportunity to find out how in-school media boards can help you communicate major school news events to your entire student body.

Fax (845)356-3132; ID 00768236

3100 BRECKINRIDGE BLVD. SUITE 529, DULUTH, GA 30096   •   SCHOOL SALES P: 888.467.3784   •   SCHOOL SERVICE P: 800.251.4039   •   F: 770.613.0222
CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   •   CHANNELONENETWORK.COM
CHANNEL ONE NETWORK™ IS A DIVISION OF ALLOY MEDIA + MARKETING™

7/16/08 8:16          770-613-0222                                    □ 1/2



# FAX

**Channel One Network®**

| **To:** | Mrs. Malka Paretzky | **From:** | Eddie Forster, Member Services |
|---|---|---|---|
| **Org:** | Bais Yaakov High School | **Pages:** | 2 - including this cover page |
| **Date:** | July 15, 2008 | **Re:** | Special membership invitation |

[X] *Time-Sensitive*   [ ] *For Review*   [ ] *Please Comment*   [X] *Please Reply*   [ ] *Please Recycle*

## THERE'S STILL TIME
### [deadline extended to July 31]

**AUGUST/SEPTEMBER:** While Channel One rarely installs new schools so late in the season, we've received so many requests from key decision makers who needed just a little more time to sign up that we're making an exception this year. This means it's not too late to reserve Channel One's cost-free equipment, content, and installation resources on behalf of Bais Yaakov High School.

**IT ALL ADDS UP TO FREE:** Channel One is *always* cost-free to the schools we serve.
- Free world news: Channel One News, our Peabody award-winning news program for teens.
- Free curriculum videos: Our members gain access to a high-powered library of education videos.
- Free equipment: We equip you with a satellite system, including digital head-end and classroom TVs.

**100% HASSLE FREE:** We handle the installation, produce all the content, and provide follow up service whenever needed. Why invest school resources to purchase equipment, find a reputable company to install it, spend time reviewing and procuring video content, and then deal with repairing it when it breaks?

**FREE = POPULAR:** Because our service is cost-free, it's also very popular so we urge you to apply soon. Attached is a sign up form that you can return by fax to (770) 613.0222. Upon receipt, I'll reserve the necessary equipment and labor resources for your institution.

**COMMUNICATION DIGITS:** Need more info? Simply call 888.467.3784, write eforster@channelone.com, or visit ChannelOneHelp.com today!

**READY TO GO?** Simply complete and return the attached sign up form by July 31 via fax to (770) 613-0222, and we'll take it from there.

**TO BE REMOVED** from our invitation list, fax this to me with the word "remove" noted, or call me toll free at 888.467.3784, and I'll make sure we honor your wishes, Mrs. Paretzky.



**A FREE**
**GIFT TO**
**HELP YOU**
**COUNT**
**THE**
**REWARDS!**

Return the attached sign up form by fax to (770) 613-0222, and I'll send you a cool "liquid world" calculator!

Name: _____

Organization _____

Address: _____

Phone: _____

Fax: _____

Email: _____

PID: 768238

2100 EAST EXCHANGE BLVD., SUITE 527, DULUTH, GA 30095   ·   SCHOOL SALES P: 888.467.3784   ·   SCHOOL SERVICE P: 800.251.3029   ·   FAX: 770.613.0222
CHANNELONE.COM   ·   SCHOOLSALES@CHANNELONE.COM   ·   CHANNELONENETWORK.COM
CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®

7/16/08 9:16                770-613-0222                                    P 2/2

# School Agreement

**Sign up form sent by fax to:**
**Bais Yaakov High School**



### Channel One Network

---

School Name (the "School")
_____

Street Address
_____

Mailing Address (if different)
_____

City/ST/Zip
_____

Telephone Number
_____

Main Fax Number
_____

E-mail Address (if applicable)
_____

Principal's Name
_____

Key Operator's Name (person who will operate equipment)
_____

School District Name
_____

District Superintendent Name
_____

District Address
_____

District City/ST/Zip
_____

District Telephone Number
_____

Are any other district schools presently receiving Channel One service?
_____ Yes _____ No

Check School Type ____ Public ____ Parochial ____ Private

Provide enrollment numbers for each grade represented at this school (grade six and above only please)
6th _____     7th _____     8th _____     9th _____
10th _____    11th _____    12th _____    Total _____

Total Channel One TVs school is eligible to receive _____
(Eligible for 1 TV per 23 students in grades 6 and above  so please divide grades 6-12 enrollment by 23 for eligible TVs)

School hours        _____ am to _____ pm
          ___ Eastern ___ Central ___ Mountain ___ Pacific

Grades 6-12 classrooms at school. _____

Grades 6-12 teachers at school _____

% Male Students (approximately) _____%

School sales tax exempt # _____

If school is under construction, expected completion date is
____ / ____ / ____

Installation Contact _____

Installation Contact Phone _____

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 8am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here
_____
_____
_____

Students will view CHANNEL ONE NEWS daily at ___ ___ / ___ am ___ pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:
_____
_____

Comments
_____
_____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

_____
Eddie Forster, COCC Representative

Please return to      Channel One Network
                      3100 Breckenridge Blvd., Suite 529
                      Duluth, GA 30096
                      T 888.467.3784 | F 770.613.0222
                      Eforster@ChannelOne.com
                      ChannelOneHelp.com

School Authorization Signature
_____

Print Name/Title
_____

Authorization Date
_____

**COCC USE:**
FX071508 - ID 768238

# FAX



## Channel One Network®

| To: | Mrs. Malka Paretzky | From: | Eddie Forster, Member Services |
|---|---|---|---|
| **Org:** | Bais Yaakov High School | **Pages:** | 2 - including this cover page |
| **Fax:** | (845) 356-3132 | **Date:** | April 29, 2008 |

[X] Time-Sensitive    [ ] For Review    [ ] Please Comment    [X] Please Reply    [ ] Please Recycle

## DO THE MATH

**SUMMER = 75 SCHOOLS:** While ultimately Channel One will install a complete satellite/cable system, including a new digital video recorder (DVR) and classroom TVs, at 250 new schools in 2008, there is currently available equipment and labor resources for 75 schools on our <u>June/July install schedule</u>. This is your invitation to reserve Channel One resources for **Bais Yaakov High School**.

**FREE + FREE = FREE:** Channel One is *always* cost-free to the schools we serve:
- <u>Free world news:</u> Channel One News, our Peabody award-winning news program for teens.
- <u>Free curriculum videos:</u> Our members gain access to a high-powered library of education videos.
- <u>Free equipment:</u> We equip you with a satellite system, including digital head-end and classroom TVs.

**100% HASSLE FREE:** We handle the installation, produce all the content, and provide follow up service whenever needed. Why invest school resources to purchase equipment, find a reputable company to install it, spend time reviewing and procuring video content, and then deal with repairing it when it breaks?

**IT ALL ADDS UP TO FREE:** Channel One News brings world news to millions of students comprised of ten minutes of news content tailored for viewing by teens in class, and two minutes of age-appropriate sponsored segments. This perfect mix enables us to bring our services to schools cost-free.

**FREE = POPULAR:** Because our service is cost-free, it's also very popular so we urge you to apply soon. Attached is a sign up form that you can return by fax to (770) 613.0222. Upon receipt, I'll reserve the necessary equipment and labor resources for your institution.

**COMMUNICATION DIGITS:** Need more info? Simply call 888.467.3784, write eforster@channelone.com, or visit ChannelOneHelp.com today!

**TO BE REMOVED** from our invitation list, fax this to me with the word "remove" noted, or call me toll free at 888.467.3784, and I'll make sure we honor your wishes, Mrs. Paretzky.

A FREE GIFT TO HELP YOU COUNT THE REWARDS!

Return the attached sign up form by fax to (770) 613-0222, and I'll send you a cool "liquid world" calculator!

Name:

Organization

Address:

Phone:

Fax:

Email:

PID: 768238

3100 BRECKINRIDGE BLVD., SUITE 529, DULUTH, GA 30096   •   SCHOOL SALES P: 888.467.3784   •   SCHOOL SERVICE P: 800.251.4039     F 770 613 0222

CHANNELONE.COM   •   SCHOOLSALES@CHANNELONE.COM   •   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING™

.

4/30/08 10:37                    770-613-0222                              2/2

# School Agreement

**Sign Up Form Sent by Fax To:**
**Bais Yaakov High School**



**Channel One Network®**

Check School Type: ____ Public ____ Parochial ____ Private

Provide enrollment numbers for each grade represented at this school (grade six and above only please):

6th=_____   7th=_____   8th=_____   9th=_____
10th=_____  11th=_____  $12$th=_____   Total=_____

Total Channel One TVs school is eligible to receive:_____
(Eligible for 1 TV per 23 students in grades 6 and above, so please divide grades 6-12 enrollment by 23 for eligible TVs)

School hours:            _____ am to _____ pm

                        ___ Eastern ___ Central ___ Mountain ___ Pacific

Grades 6-12 classrooms at school: _____

Grades 6-12 teachers at school: _____

% Male Students (approximately): _____ %

School sales tax exempt #: _____

If school is under construction, expected completion date is:
___/___/___

Installation Contact: _____

Installation Contact Phone: _____

This school is to be made accessible for installation between the hours of 3pm and midnight on attendance days and 8am to 5pm on non-attendance days (which include weekend and holidays) unless otherwise stated here.

_____
_____
_____
_____

School Name (the "School")
_____

Street Address
_____

Mailing Address (if different)
_____

City/ST/Zip
_____

Telephone Number
_____

Main Fax Number
_____

E-mail Address if applicable
_____

Principal's Name
_____

Key Operator's Name (person who will operate equipment)
_____

School District Name
_____

District Superintendent Name
_____

District Address
_____

District City/ST/Zip
_____

District Telephone Number
_____

Are any other district schools presently receiving Channel One service?

_____ Yes _____ No

Students will view CHANNEL ONE NEWS daily at _____/___ am ___pm on at least 90% of school days. If CHANNEL ONE NEWS is not to be shown in a single showing or at the same time every day, please describe viewing schedule in detail:

_____
_____

Comments
_____
_____

The School and Channel One Communications Corporation ("COCC") hereby enter into this School Agreement. The School will participate in the Channel One Network in compliance to the TERMS & CONDITIONS OF NETWORK PARTICIPATION, which must be reviewed prior to signing. TERMS can be reviewed online at www.ChannelOneHelp.com or call 888.467.3784 to request by mail.

_____
Eddie Forster, COCC Representative

School Authorization Signature
_____

Please return to:    Channel One Network
                     3100 Breckinridge Blvd., Suite 529
                     Duluth, GA 30096
                     T.888.467.3784 | F.770.613.0222
                     Eforster@ChannelOne.com
                     ChannelOneHelp.com

Print Name/Title
_____

Authorization Date
_____

**COCC USE:**
FX042908 - PID: 768238

3100 BRECKINRIDGE BLVD , SUITE 529, DULUTH, GA 30096   ·   SCHOOL SALES P: 888.467.3784   ·   SCHOOL SERVICE P: 800.251.4039   ·   F: 770.613.0222

CHANNELONE.COM   ·   SCHOOLSALES@CHANNELONE.COM   ·   CHANNELONENETWORK.COM

CHANNEL ONE NETWORK® IS A DIVISION OF ALLOY MEDIA + MARKETING®