# LATHROP & GAGE LLP

BLAINE C. KIMREY
DIRECT LINE: 312.920.3302
EMAIL: BKIMREY@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

100 N. RIVERSIDE PLAZA, SUITE 2100
CHICAGO, ILLINOIS 60606
PHONE: 312.920.3300
FAX: 312.920.3301

August 15, 2012

**_VIA FACSIMILE TRANSMITTAL (914.390.4278)_**

The Honorable Cathy Seibel
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

    Re:    *Bais Yaakov of Spring Valley v. Alloy, Inc. and Chanel One, LLC*
            12-CV-00581 (CS) (GAY)

Your Honor:

    This responds to Plaintiff's August 13, 2012 letter informing this Court of *Jackson's Five Star Catering, Inc. v. Beason*, 2012 WL 3205526 (E.D. Mich. July 26, 2012).

    This Michigan district court decision rejected application of a Michigan prohibition on class actions seeking statutory damages, concluding that such state law limitations on TCPA claims are no longer applicable after *Mims v. Arrow Fin. Services, LLC*, 132 S. Ct. 740 (2012). But like every other post-*Mims* district court decision that Plaintiff has brought to this Court's attention, this decision is not from within the Second Circuit, and contains only minimal discussion of *Mims*. None of these district court decisions, *Beason* included, have taken the time to closely analyze *Mims*' narrow holding, let alone consider *Mims* in the context of the well-reasoned Second Circuit Court of Appeals decisions interpreting the TCPA's private right of action provision.

    These district court decisions are neither binding nor persuasive, and should be disregarded by this Court.

Sincerely,

LATHROP & GAGE LLP

By: _____
     Blaine C. Kimrey

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/16/12]

BCK
cc:    Aytan Bellin, Esq. (counsel for Plaintiff)
        Suzanna Morales, Esq.
        Jeffery S. Davis, Esq.

CALIFORNIA    COLORADO    ILLINOIS    KANSAS    MASSACHUSETTS    MISSOURI    NEW YORK

# LATHROP & GAGE LLP

100 N. RIVERSIDE PLAZA, SUITE 2100
CHICAGO, ILLINOIS 60606
TELEPHONE 312.920.3300
FAX 312.920.3301

## FACSIMILE TRANSMISSION

**DATE:** August 15, 2012     **MATTER NO.:** 524684

**To:**

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| The Honorable Cathy Seibel | 914.390.4278 | |

**FROM:** Blaine C. Kimrey     **PHONE:** 312.920.3302

**RE:** *Bais Yaakov of Spring Valley v. Alloy, Inc. and Channel One, LLC*
12-CV-00581 (CS) (GAY)

| NUMBER OF PAGES WITH COVER PAGE: | 2 | |
|---|---|---|

**Message:**

CALIFORNIA     COLORADO     ILLINOIS     KANSAS     MASSACHUSETTS     MISSOURI     NEW YORK

**CONFIDENTIALITY NOTE:**

The information in this facsimile message ("fax") is sent by an attorney or his/her agent, is intended to be confidential and for the use of only the individual or entity named above. The Information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

If you have problems receiving this facsimile, please call     L. Laura Rast     .