# LATHROP & GAGE LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/12

BLAINE C. KIMREY
DIRECT LINE: 312.920.3302
EMAIL: BKIMREY@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

155 N. WACKER, SUITE 3000
CHICAGO, ILLINOIS 60606
PHONE: 312.920.3300
FAX: 312.920.3301

December 27, 2012

**_VIA FACSIMILE TRANSMITTAL (914.390.4278)_**

The Honorable Cathy Seibel
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

    Re:    *Bais Yaakov of Spring Valley v. Alloy, Inc. and Channel One, LLC*
             12-CV-00581 (CS) (GAY)

Your Honor:

       As counsel for the defendants, I am writing to respond to Plaintiff's December 21, 2012 letter informing the Court of the two recent decisions in *Landsman & Funk, PC v. Skinder-Strauss Associates*, 08 CV. 3610 (D.N.J. Dec. 19, 2012) and *Goodrich v. Afgo Mechanical Servs., Inc.*, 2012 WL 6554221 (D.N.J. Dec. 14, 2012).

       These two decisions—like all other post-*Mims v. Arrow Fin. Servs., LLC*, 132 S.Ct. 740 (2012) district court decisions Plaintiff's counsel has brought to this Court's attention after full briefing of Defendant's Combined Motion to Dismiss and Strike—are from outside the Second Circuit. And like all previous district court decisions Plaintiff's counsel has brought to this Court's attention, these New Jersey District Court decisions do not (and could not) disturb binding Second Circuit precedent barring TCPA class actions in New York federal courts. *See Giovanniello v. ALM Media, LLC*, 660 F.3d 587 (2d Cir. 2011) (holding state statute of limitations periods apply to TCPA claims brought in federal court); *Holster v. Gatco, Inc.*, 618 F.3d 214 (2d Cir. 2010) (holding that New York C.P.L.R. § 901(b) bars TCPA class action claims in New York federal courts).

       *Giovanniello* remains the law of the Second Circuit, a fact unmentioned in Plaintiff's December 21, 2012 letter and the two recent New Jersey District Court decisions cited in that letter. In fact, neither decision even mentions *Giovanniello*. These decisions are of no authority to this Court's determination of whether Plaintiff's TCPA claims be allowed to proceed on behalf of a class.

       But how *Giovanniello* is decided post-remand from the Supreme Court is important to this Court's decision on the Motion to Dismiss or Strike. As this Court has

December 27, 2012
Page 2

previously been made aware, on October 1, 2012 the Supreme Court remanded *Giovanniello* with instructions that the Second Circuit reconsider the decision in light of *Mims*. The remand is now pending before the Second Circuit (No. 10-3854-CV), and a briefing schedule has been set. Plaintiff-Appellant filed his brief on December 6, 2012. Defendant-Appellee's brief is due January 18, 2013. (The Second Circuit has not set oral argument or a decision date.)

The Second Circuit's decision on remand in *Giovanniello* could affect how this Court decides Defendant's Motion to Dismiss and Strike. The two New Jersey District Court decisions (and the numerous other decisions previously brought to this Court's attention) will not.

Sincerely,

LATHROP & GAGE LLP

By: _____
Blaine C. Kimrey

BCK
cc:   Aytan Bellin, Esq. (counsel for Plaintiff)
      Suzanna Morales, Esq.
      Jeffery S. Davis, Esq.



# LATHROP & GAGE LLP
155 N. WACKER DRIVE, SUITE 3050
CHICAGO, ILLINOIS 60606
TELEPHONE 312.920.3300
FAX 312.920.3301

## FACSIMILE TRANSMISSION

DATE: December 27, 2012    MATTER NO.: N/A

To:

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| The Honorable Cathy Seibel<br>United States District Court, S.D.N.Y. | 1.914.390.4278 | |

FROM: Blaine C. Kimrey    PHONE: 312.920.3302

RE: *Bais Yaakov v. Alloy, Inc., et al.3*
Case No. 12-cv-00581 (CS) (GAY)

| NUMBER OF PAGES WITH COVER PAGE: 3 | |
|---|---|

Message:

CALIFORNIA    COLORADO    ILLINOIS    KANSAS    MASSACHUSETTS    MISSOURI    NEW YORK

CONFIDENTIALITY NOTE:

The information in this facsimile message ("fax") is sent by an attorney or his/her agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

If you have problems receiving this facsimile, please call  Laura Rast, 312.920.3342  .