UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Bais Yaakov of Spring Valley

                              Plaintiffs,                   **O R D E R**

           - against -                                       13 Civ. 00581 (CS)

Alloy,

                              Defendant.
---------------------------------------------------------------X

Seibel, J.

       It having been reported to this Court that this case has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       SO ORDERED.

Dated:  White Plains, New York
          December 5, 2013

                                                               Cathy Seibel, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/13